FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 1 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

CHALMER DETLING, II,

　　　　Defendant.

CASE NO. 1:18-CR-309

## ORDER APPOINTING COUNSEL

Molly Parmer

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 10th day of August, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**