IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*versus*<br><br>CHALMER DETLING, II | Criminal Action No.:<br>1:18-CR-00309-LMM-LTW-1 |

## ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS AND CONTINUING PRETRIAL CONFERENCE

The Court finds that for good cause shown it is necessary to extend the time for the Defendant to file pretrial motions and to continue the pretrial conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and the defendant in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. 18 U.S.C. § 3161, *et seq*.

IT IS HEREBY ORDERED that the Pretrial Conference in this matter shall be held on _____ ____, 2018, at _____ __.m. and the Defendants shall file Pretrial Motions on or before October 30, 2018.

SO ORDERED, this \_\_\_\_ day of _____, 2018.

_____
HON. LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE