# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00309-LMM-LTW
## USA v. Detling
## Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 11/01/2018.

TIME COURT COMMENCED: 10:46 A.M.
TIME COURT CONCLUDED: 10:50 A.M.      TAPE NUMBER: FTRGOLD
TIME IN COURT: 00:04                                     DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Chalmer Detling, II NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | John Ghose representing USA<br>Molly Parmer representing Chalmer Detling<br>Alex Sistla representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[26]Motion to Dismiss/Lack of Jurisdiction TAKEN UNDER ADVISEMENT; The Government shall have through 12/14/2018 in which to respond to this motion. The defendant shall have through 1/11/2019 in which to file a reply.<br>DFT#1-[27]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT; The Government shall have through 12/14/2018 in which to respond to this motion. The defendant shall have through 1/11/2019 in which to file a reply.<br>DFT#1-[28]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT; The Government shall have through 12/14/2018 in which to respond to this motion. The defendant shall have through 1/11/2019 in which to file a reply.<br>DFT#1-[29]Motion to Strike TAKEN UNDER ADVISEMENT; The Government shall have through 12/14/2018 in which to respond to this motion. The defendant shall have through 1/11/2019 in which to file a reply.<br>DFT#1-[30]Motion to Allow Participation in Voir Dire TAKEN UNDER ADVISEMENT; The Government shall have through 12/14/2018 in which to respond to this motion. The defendant shall have through 1/11/2019 in which to file a reply. |

| | |
|---|---|
| MINUTE TEXT: | Parties appeared before the court for a pretrial conference. The court ruled on the pending motions and set a briefing schedule as outlined herein. Government informed the court that the indictment may be superseded. |