U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 1 2 2018

JAMES N. HATTEN, Clerk
By:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00484)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Cobb

**DISTRICT COURT NO.** 1:18-cr-309-LMM-LTW-1

**MAGISTRATE CASE NO.**

X Indictment          Information               Magistrate's Complaint
DATE: August 8, 2018   DATE:                     DATE:

UNITED STATES OF AMERICA
vs.
CHALMER DETLING, II, A/K/A CHUCK DETLING

FIRST SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed: December 12, 2018

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**     Yes    X No
**Will the defendant be arrested pending outcome of this proceeding?**    X Yes    No
**Is the defendant a fugitive?**    Yes    X No
**Has the defendant been released on bond?**    Yes    X No

**Will the defendant require an interpreter?**    Yes    X No

District Judge:

Attorney: Alex R. Sistla
Defense Attorney: Molly Parmer