U.S. Department of Justice
United States Attorney

FILED IN CHAMBE
U.S.D.C. Atlanta

December 12, 2018
Date Submitted

DEC 1 2 2018

JAMES N. HATTEN, Cl
By:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

CHALMER DETLING, II, A/K/A CHUCK DETLING

Indictment/Information

1:18-cr-309-LMM-LTW-1

December 12, 2018
Date of Indictment

### REQUEST FOR ARRAIGNMENT – Defendant on Bond

Issue Summons to:

CHALMER DETLING, II
(Name)
Served on counsel of record
(Address)

ATTORNEY FOR DEFENDANT
Molly Parmer
(Name)
101 Marietta St. N.W
Suite 1500 Centennial Tower, Atlanta, Georgia 30303
(Address)

X SUPERSEDING INDICTMENT

Other defendants previously arraigned (or now set for arr.)

Alex R. Sistla
Assistant United States Attorney