FILED IN CHAMBER
U.S.D.C. Atlanta

DEC 1 4 2018

JAMES N. HATTEN, Cle
By: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

v.

CHALMER DETLING, II
a/k/a Chuck Detling

**SUMMONS IN A CRIMINAL CASE**

CASE NO. 1:18-CR-309-LMM-LTW

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**18th Floor, Room 1860**<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia   30303-3361 |
| **BEFORE:** | Honorable Linda T. Walker<br>United States Magistrate Judge |
| **DATE AND TIME:** | Monday, December 31, 2018<br>**10:30 a.m.** |

To answer a(n)
■ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 1343**

Brief description of the offense:        Wire Fraud

AUSA:                                    Alex Sistla

Counsel for Defendant:                   Molly Parmer

December 14, 2018

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk