IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*versus*<br><br>CHALMER DETLING, II | Criminal Action No.:<br>1:18-CR-00309-LMM-LTW-1 |

### UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

COMES NOW the Defendant, CHALMER DETLING, II, by and through undersigned counsel, and respectfully requests a continuance of the arraignment scheduled in the above-captioned case. In support of this motion, Mr. Detling shows the following:

(1)

Mr. Detling was charged in an indictment filed on August 8, 2018. (Doc. 1). He made his initial appearance and was arraigned on August 10, 2018, and he entered a plea of not guilty. (Doc. 10.) He was released on bond pending the resolution of the case. (Doc. 13).

(2)

On October 30, 2018, Mr. Detling, by and through undersigned counsel, filed a motion to dismiss for lack of jurisdiction. (Doc. 26.) The government responded on December 14, 2018, and a superseding indictment was filed on December 21, 2018. (Docs. 33, 35.) Arraignment for the superseding indictment is currently

scheduled for December 31, 2018 at 10:30 a.m. before the Honorable Linda T. Walker.

(3)

Counsel for Mr. Detling will be traveling out of the district from December 31, 2018 through and including January 2, 2019 and requests that the arraignment be held after the due date for Mr. Detling's reply to the government's response to motions in limine. The reply is due on January 11, 2019.

(4)

Undersigned counsel conferred with Assistant United States Attorney ("AUSA") Alex Sistla regarding this continuance, and AUSA Sistla has no objection to the granting of this request.

(5)

Under 18 U.S.C. § 3161 *et seq.*, the interests of justice in granting the continuance outweigh the public's and the Defendant's right to a speedy trial. Thus, the time between now and the new date for the arraignment should be excluded from speedy trial calculations.

WHEREFORE, the Defendant respectfully requests a continuance of his arraignment. A proposed Order is attached.

Dated:      This 21st day of December, 2018.

                                          Respectfully Submitted,

                                          */s/ Molly Hiland Parmer*
                                          MOLLY HILAND PARMER
                                          GEORGIA BAR NO. 942501
                                          ATTORNEY FOR MR. DETLING

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been formatted in Book Antiqua 13 pt., in accordance with Local Rule 5.1B, and was filed this day with the Clerk of Court electronically using the CM/ECF system which will automatically sent email notification of such filing to counsel of record:

>Alex R. Sistla and John Ghose
>Assistant United States Attorneys
>Suite 600, Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303

Dated:  This 21st day of December, 2018.

>*/s/ Molly Hiland Parmer*
>MOLLY HILAND PARMER
>GEORGIA BAR NO. 942501
>ATTORNEY FOR MR. DETLING

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax: 404-688-0768
Molly_Parmer@fd.org