IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*versus*<br><br>CHALMER DETLING, II | Criminal Action No.:<br>1:18-CR-00309-LMM-LTW-1 |

ORDER GRANTING CONTINUANCE OF ARRAIGNMENT

The Court finds that the interests of justice in continuing the arraignment substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in rescheduling the hearing. 18 U.S.C. § 3161, *et seq*.

IT IS HEREBY ORDERED that the arraignment currently scheduled for December 31, 2018 at 10:30 a.m. is continued to _____, 2019 at ____ _.m.

SO ORDERED, this ____ day of _____, 2018.

_____
HON. LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE