**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**

# ORIGINAL



| | | | |
|---|---|---|---|
| | | Time in Court: | ___ Hrs  3  Mins |
| Filed in Open Court: | Date: 1/14/19 | Time: 11:06 am | Tape: FTR |
| Magistrate (presiding): **ALAN J. BAVERMAN** | | Deputy Clerk: **Lisa Enix** | |
| CASE NO.: | 1:18-CR-309-LMM-LTW | Defendant's Name: | Chalmer Detling, II |
| AUSA: | Alex R. Sistla | Defendant's Atty: | Molly Parmer |
| USPO/PTR: | | Type Counsel: FDP | |

___ ARREST DATE: _____

___ INTERPRETER: _____

___ INITIAL APPEARANCE HEARING. ( ) IN THIS DISTRICT     Dft in custody? ( ) Yes    ( ) No

___ Defendant advised of right to counsel.

___ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY.

___ ORDER appointing _____ as counsel.

___ ORDER giving defendant _____ days to employ counsel.

___ Dft to pay attorney fees as follows: _____

___ INFORMATION/COMPLAINT FILED.     ___ WAIVER OF INDICTMENT FILED.

**X** Copy indictment given to dft? ( **X** ) Yes   ( ) No    Read to dft? ( ) Yes   ( ) No   ( **X** ) Prior to Hrg

___ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

**X** ARRAIGNMENT HELD. ( **X** ) Superseding indictment     ( **X** ) Dft's WAIVER of appearance filed.

___ Arraignment continued _____ at _____ Request of ( ) Govt   ( ) Dft

___ Dft failed to appear for arraignment.    Bench warrant issued _____

**X** Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.

___ MOTION TO CHANGE PLEA, and order allowing same.

___ PLEA OF GUILTY / NOLO as to counts _____

___ Petition to enter PLEA OF GUILTY / NOLO filed.

___ NEGOTIATED PLEA between Government and defendant filed.

**X** Assigned To Judge   Leigh M. May   for ( **X** ) trial   ( ) arraignment/sentence.

**X** Assigned to Magistrate   Linda T. Walker   for pretrial proceedings.

**X** Estimated trial time: _____ days.    ( ) SHORT    ( **X** ) MEDIUM    ( ) LONG

___ CONSENT TO PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued