

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 14, 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

CASE NUMBER:
(SUPERSEDING)

1:18 CR 00309 LMM-LTW

CHALMER DETLING, II

### Defendant's Entry of a PLEA OF NOT GUILTY and WAIVER OF APPEARANCE AT ARRAIGNMENT

I hereby acknowledge that I am the defendant named above and I have received a copy of the superseding indictment or information. I understand I have the right to appear personally at my arraignment pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and that I have the right to have the superseding indictment or information read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure.

I have discussed the charge(s) in the superseding indictment or information and the waiver of appearance at arraignment with my attorney and I fully understand the nature of the offense(s) charged and my right to appear at arraignment. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment on the superseding indictment or information and my right to have it read to me in open court.

As evidenced by my signature below, I do hereby waive formal arraignment and enter my plea of NOT GUILTY to the superseding indictment or information this __14th__ day of __JANUARY__, 20__19__.

_____
SIGNATURE (Attorney for Defendant)

_____
SIGNATURE (Defendant)

**INFORMATION BELOW MUST BE TYPED OR PRINTED**

MOLLY PARMER
Name (Attorney for Defendant)

Suite 1500, Centennial Tower
101 Marietta St NW
Street Address

Atlanta GA    30303
City & State        Zip Code

Phone Number: 404 688 7530

Chalmer Detling II
Name (Defendant)

188 Pinehurst Lane
Street Address

Marietta, GA    30068
City & State        Zip Code

Phone Number: 404-663-5218

State Bar of Georgia Number __942501__