**FEDERAL DEFENDER PROGRAM, INC.**
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404-688-0768

March 4, 2019

**VIA ECF**

Courtroom Deputies
United States District Court for the Northern District of Georgia
United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

    Re:    Notice of Leave of Absence.

Dear Courtroom Deputy:

    This letter is to notify the Court pursuant to L. Cr. R. 57.1E(4), N.D. Ga., that I will be out of the office on Monday, August 19, 2019, through and including Friday, August 30, 2019. I request that the Court not schedule any appearances in the above-referenced matters on those dates. Your consideration is greatly appreciated.

    Respectfully submitted,

    */s/ Molly Hiland Parmer*
    Molly Hiland Parmer
    Staff Attorney

cc:    AUSA (by ECF)

<u>Cases noticed:</u>
*United States v. William Boyd, IV,* Case No. 1:17-CR-00407-AT-LTW-1
*United States v. Roman Brown,* Case No. 1:18-CR-00304-TCB-JSA-1
*United States v. Javier Castillo-Rodriguez,* Case No.: 1:19-CR-00049-TWT-LTW
*United States v. Sara Cea,* Case No.: 2:18-CR-00042-RWS-JCF
*United States v. Chalmer Detling, II,* Case No. 1:18-CR-00309-LMM-LTW
*United States v. Elvis Gordon,* Case No. 1:17-CR-00354-MHC-LTW-1
*United States v. Jesse Guzman,* Case No. 1:17-CR-00405-TWT-LTW-2
*United States v. Genia Letson,* Case No. 1:18-mj-01131-JKL
*United States v. Jose Morales-Sanchez,* Case No.: 1:19-CR-00048-ODE-JFK

<u>Cases noticed, con't:</u>

*United States v. Brandon Nash*, Case No.: 2:18-CR-00041-RWS-JCF
*United States v. Terry M. Williams*, Case No.: 1:18-CR-00247-TCB-LTW