IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*versus*

CHALMER DETLING, II

Criminal Action No.:
1:18-CR-00309-LMM-LTW

NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Suzanne Hashimi of the Federal Defender Program, Inc., and hereby enters her appearance as counsel for the Defendant, Chalmer Detling, II. Undersigned counsel replaces Molly Hiland Parmer as counsel of record for Mr. Detling.

All pleadings, orders, and notices should be sent to undersigned counsel.

Dated: This 22nd day of October, 2019.

Respectfully Submitted,

 /s/ *Suzanne Hashimi*
SUZANNE HASHIMI
GEORGIA BAR NO. 335616

MOLLY HILAND PARMER
GEORGIA BAR NO. 942501
ATTORNEYS FOR MR. DETLING

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Substitution of Counsel has been formatted in Book Antiqua 13 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Alex Sistla and John Ghose
>Assistant United States Attorneys
>Suite 600, Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303

Dated:    This 22nd day of October, 2019.

>*/s/ Suzanne Hashimi*
>SUZANNE HASHIMI
>GEORGIA BAR NO. 335616
>ATTORNEY FOR MR. DETLING

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax: 404-688-0768
Suzanne_Hashimi@fd.org