IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:18-cr-309-LMM-LTW-1 |
| CHALMER DETLING, II, | |
| Defendant. | |

O R D E R

This criminal action comes before the Court on the Government's Consent Motion to Continue Trial [96]. This case is currently on the Court's June 23, 2021 trial calendar. For good cause shown, the Court **GRANTS** the Government's Consent Motion to Continue Trial [96]. The Court will reschedule the trial for Tuesday, September 7, 2021 at 9:30 a.m. The pretrial conference will be reset for Tuesday, August 31, 2021 at 10:00 a.m.

The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial as allowed in 18 U.S.C. § 3161(h)(7)(A).

IT IS HEREBY ORDERED that the above styled criminal action be continued and that the period of time between May 3, 2021 and September 7, 2021, is excluded from the Speedy Trial Act.

**IT IS SO ORDERED**, this 14th day of April, 2021.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE