IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*versus*<br><br>CHALMER DETLING, II | Criminal Action No.:<br>1:18-CR-00309-LMM-LTW-1 |

### RESPONSE TO GOVERNMENT'S SUMMARY OF INDICTMENT

COMES NOW, the Defendant, Chalmer Detling, II, and hereby objects to certain language in the government's proposed summary of indictment. The proposed summary of the indictment includes in part, "The Defendant, Chalmer E. Detling, II aka Chuck Detling, is a *former* personal injury attorney from Marietta, Georgia charged with multiple counts of wire fraud and aggravated identity theft." (Doc. 111 at 1). Mr. Detling objects to this language indicating that he is no longer an attorney. Mr. Detling previously moved this Court to exclude evidence of the disciplinary bar proceeding(s) and the voluntary surrender of his law license. (Doc. 105). For all of the reasons stated within that motion, it would be improper for evidence of Mr. Detling's voluntary surrender of his law license to be admitted at trial.

Within the context of the criminal allegations in this case, the fact that Mr. Detling no longer practices law could be highly prejudicial. It could easily lead a juror to infer that the criminal allegations led to disciplinary action that prevents

Mr. Detling from continuing to practice law.  Additionally, Mr. Detling's current profession (or the fact that he no longer practices personal injury law) is not necessary to provide the jury with a meaningful summary of the indictment.  A minor modification to the summary would remove the prejudicial word "former" without removing any material information.

For each of these reasons, Mr. Detling asks this Court to remove government's proposed language (quoted above) and replace it as follows:  "The Defendant, Chalmer E. Detling, II aka Chuck Detling, is charged with multiple counts of wire fraud and aggravated identity theft.  From 2012 to 2016, Mr. Detling worked as a personal injury attorney in Marietta, Georgia."

Dated: This 24th day of August, 2021.

Respectfully Submitted,

*/s/ Caitlyn Wade*
Caitlyn Wade
Georgia Bar No. 259114

*s/ Suzanne Hashimi*
Suzanne Hashimi
State Bar No. 335616

Attorneys for Mr. Detling