IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:18-CR-00309-LMM |
| | : | |
| CHALMER DETLING, II | : | |
| a/k/a Chuck Detling, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

This matter is before the Court on Defendant's Motion to Continue Trial [126]. The Court held a telephone conference on August 30, 2021, and heard from the Government and Defendant's counsel. For good cause shown, the Motion is **GRANTED**. The jury trial will be rescheduled for a date and time to be determined by the Court.

The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial as allowed in 18 USC 3161(h)(7).

**IT IS HEREBY ORDERED** that the above styled criminal action be continued and that the period of time between now and the rescheduled jury trial date be excluded from the Speedy Trial Act.

**IT IS SO ORDERED** this  31st  day of August, 2021.

_____
**Leigh Martin May**
**United States District Judge**