**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CRIMINAL TRIAL CALENDAR COMMENCING **THURSDAY, OCTOBER 21, 2021 at 9:00 AM,** IN COURTROOM 2107, UNITED STATES COURTHOUSE, 75 TED TURNER DR., S.W., ATLANTA, GA, 30303, BEFORE THE HONORABLE LEIGH MARTIN MAY. TRIAL WILL BE HELD THE WEEK OF OCTOBER 21, 2021. THERE WILL BE NO CALENDAR CALL.

**Attention All Counsel:**
1) A pretrial conference is set for **Wednesday, October 13, 2021 at 10:00 AM**
2) The Government's summary of Indictment is due: **NOON on Wednesday, September 29, 2021**
3) Motions in Limine and Proposed Voir Dire Questions are due: **NOON on Wednesday, September 29, 2021**
4) Objections to Motions in Limine, objections to Proposed Voir Dire Questions, and Defendant(s) objections to the Government's summary of Indictment are due: **NOON on Wednesday, October 6, 2021.**
5) Requests to Charge and verdict forms are due: **NOON on Wednesday, October 20, 2021.** Requests to Charge and the verdict form should be filed on CM/ECF and emailed to Ms. Poley in Word format.

The Court requires the parties email an exhibit and witness list to the Courtroom Deputy Clerk by **Wednesday, October 20, 2021.** The list shall contain an identifying description of each exhibit to the right of the exhibit numbers. The list shall be double spaced with approximately 1.5 inches of space to the left of the number for court use. Additionally, the parties are required to deliver to chambers the morning of trial a tabbed exhibit notebook for the Court's use.

Counsel shall comply with the Local Rules of this Court regarding exhibits. Any exhibit larger than 8 ½ x 11 will be returned to counsel pursuant to L.R. 79.1(B)(5). Within ten (10) day following the conclusion of a trial or hearing, all parties must file photographs or other appropriate reproductions of oversized and non-documentary exhibits admitted as evidence at the trial or hearing.

Courtroom 2107 is technology equipped. **You are <u>required</u> to schedule a training session prior to the trial date if you intend on using the courtroom technology.** The Court will not allow time for training at the beginning of the trial.

It is the responsibility of counsel to **immediately** notify the Courtroom Deputy if the defendant requires interpretive services for any court proceeding so that services can be arranged. It is the responsibility of counsel to arrange interpretive services for any witnesses needing the assistance of an interpreter for any court proceeding.

The use of equipment for the presentation of evidence or of evidence other than documents and enlargements of documents at trial must have an order authorizing the bringing in of that equipment into the courthouse. An order must be presented to the Courtroom Deputy Clerk **<u>prior to the pretrial conference</u>**. The order should identify the case by style and case number, a list of each piece of equipment and who will be bringing the equipment into the building. These orders must be on file with the U.S. Marshal's office before the equipment can be taken into the court area.

**Counsel MUST provide a courtesy copy of any documents e-filed just prior to trial or on any day during trial.**

October 21, 2021

| ATTORNEYS<br>CASE NUMBER | STYLE OF CASE | NATURE OF OFFENSE/CAUSE |
|---|---|---|
| (1)<br>**1:20-cr-126-LMM-JSA-1**<br>Jeffrey Aaron Brown, AUSA<br>Sekret T. Sneed, AUSA<br><br>Rodney Williams, Retained<br>Robert Daniel, Retained<br><br>Eileen N. Moorman, Retained<br>Jackie G. Patterson, Retained<br><br>Mark J. Issa, Retained<br>Molly H. Parmer, Retained | USA<br><br>v.<br><br>THOMAS ADDAQUAY (1)<br><br>NANA ADDAQUAY (2)<br><br>SACOYA LYONS (3) | Fraud |
| (2)<br>**1:18-cr-309-LMM-LTW**<br>Alex R. Sistla, AUSA<br>Samir Kaushal, AUSA<br><br>Suzanne Hashimi, FDP<br>Caitlyn V. Wade, FDP | USA<br><br>v.<br><br>CHALMER DETLING, II | Fraud |

Dated: September 22, 2021
s/Brittany Poley
Courtroom Deputy Clerk
for Judge Leigh Martin May
404-215-1514

## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

### CLERK'S CERTIFICATE OF SERVICE

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia, at Atlanta, Georgia, hereby certify:

1. That pursuant to instructions for the United States District Judges and in the performance of my duties as Clerk, there was mailed to each of the defendants named on the attached Criminal Notice filed herein, or as otherwise appearing in the files in such cause except where the address is unknown, a Notice of Criminal Trial for October 21, 2021, a true copy of which is attached hereto;

2. That the attached Notice was also mailed or electronically transmitted to each Defendant's counsel and to each Defendant's surety;

3. That such Notice was enclosed and sealed in envelopes bearing the lawful frank of the United States District Court or containing the official Notice of Electronic Filing.

4. That said envelopes were delivered to and deposited in the regular mails of the United States Postal Service in the City of Atlanta in said District on September 22, 2021.

KEVIN P. WEIMER, CLERK

BY:   s/Brittany Poley
      Deputy Clerk