IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHALMER DETLING II a/k/a CHUCK DETLING | Criminal Action No.<br><br>1:18-CR-309-LMM |

**Joint Proposed Summary of Indictment**

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, files this Joint Proposed Summary of Indictment. The parties have conferred and agree upon the following proposed summary of the indictment:

The defendant, Chalmer E. Detling II a/k/a Chuck Detling, is charged with multiple counts of wire fraud and aggravated identity theft. From 2012 to 2016, Detling worked as a personal injury attorney in Marietta, Georgia. The Indictment alleges that Detling devised a scheme to defraud litigation financing entities by submitting applications for "litigation advances" purportedly on behalf of his clients. The litigation advances are supposed to provide modest financing to plaintiffs, mainly in personal injury cases, for non-litigation related expenses (like living and medical expenses) while their lawsuits are pending. Here, the Indictment alleges that Detling applied for these litigation advances without his clients' authorization or knowledge. It also alleges that Detling

received the funds into accounts he controlled and never provided any of the funds to his clients.

Counts Four through Seven are wire fraud counts. These wire fraud counts are based on Detling receiving the allegedly fraudulently obtained litigation advances by a wire transfer. Counts Eleven through Fifteen are the corresponding aggravated identity theft counts. Each count alleges whose identity was used during or in relation to the wire fraud counts charged in Counts Four through Seven.

                    Respectfully submitted,

                    KURT R. ERSKINE
                       *Acting United States Attorney*

                    /s/ SAMIR KAUSHAL
                       *Assistant United States Attorney*
                    Georgia Bar No. 935285
                    Samir.Kaushal@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Caitlyn Wade

        Suzanne Hashimi

        Counsel for Defendant Chalmer Detling II

October 13, 2021

        /s/ SAMIR KAUSHAL

        SAMIR KAUSHAL

        *Assistant United States Attorney*