IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*versus*<br><br>CHALMER DETLING, II | Criminal Action No.:<br>1:18-CR-00309-LMM-LTW-1 |

### DEFENDANT'S SUPPLEMENTAL REQUEST TO CHARGE

COMES NOW Defendant, CHALMER DETLING, II, and requests the instructions to the jury attached hereto and numbered 15 through 16.

Dated: This 20th day of October, 2021.

                                                  Respectfully submitted,

                                               *s/ Caitlyn Wade*
                                               Caitlyn Wade
                                               Georgia Bar No. 259114

                                               *s/ Suzanne Hashimi*
                                               Suzanne Hashimi
                                               Georgia Bar No. 335616

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Caitlyn_Wade@fd.org
Suzanne_Hashimi@fd.org

**DEFENDANT'S REQUEST TO CHARGE NO. 15**

**Similar Acts Evidence**
**(Rule 404(b), Fed. R. Evid.)**

During the trial, you heard evidence of acts allegedly done by the Defendant on other occasions that may be similar to acts with which the Defendant is currently charged. You must not consider any of this evidence to decide whether the Defendant engaged in the activity alleged in the indictment. This evidence is admitted and may be considered by you for the limited purpose of assisting you in determining whether [the Defendant had the state of mind or intent necessary to commit the crime charged in the indictment] [the Defendant had a motive or the opportunity to commit the acts charged in the indictment] [the Defendant acted according to a plan or in preparation to commit a crime] [the Defendant committed the acts charged in the indictment by accident or mistake].

Eleventh Circuit Pattern Jury Instruction; Special Instruction 4.1

**DEFENDANT'S REQUEST TO CHARGE NO. 16**

**Cautionary Instruction**
**Similar Acts Evidence**
**(Rule 404(b), Fed. R. Evid.)**

You have just heard evidence of acts allegedly done by the Defendant that may be similar to those charged in the indictment, but were committed on other occasions. You must not consider this evidence to decide if the Defendant engaged in the activity alleged in the indictment. But you may consider this evidence to decide whether:

1. the Defendant had the state of mind or intent necessary to commit the crime charged in the indictment;

2. the Defendant had a motive or the opportunity to commit the acts charged in the indictment;

3. the Defendant acted according to a plan or in preparation to commit a crime; Or

4. the Defendant committed the acts charged in the indictment by accident or mistake.

Eleventh Circuit Pattern Jury Instruction; Trial Instruction 1.1