# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:18-cr-00309-LMM-LTW
### USA v. Detling
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 10/19/2021.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 1:44 P.M.
TIME IN COURT: 2:39
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

DEFENDANT(S): [1] Chalmer Detling, II NOT Present at proceedings

ATTORNEY(S) PRESENT: Suzanne Hashimi representing Chalmer Detling
Samir Kaushal representing USA
Alex Sistla representing USA
Caitlyn Wade representing Chalmer Detling

PROCEEDING CATEGORY: Pretrial Conference

MOTIONS RULED ON: DFT#1-[107] Motion in Limine to Exclude Firm Financing Loan DENIED
DFT#1-[109] Motion in Limine to Exclude 404(b) Evidence GRANTED IN PART & DENIED IN PART & DEFERRED IN PART
DFT#1-[114] Motion in Limine to Admit Summary Chart GRANTED IN PART & DEFERRED IN PART

MINUTE TEXT: Regarding defense counsel's proposed questions concerning the defendant's daughter's medical condition, the Court will allow questions 1, 2, and 4. Question 7 is allowed with the Court's modification.
The Court GRANTED IN PART & DEFERRED IN PART the Government's Motion in Limine to Admit Summary Chart [114]. The Court will allow evidence as to the uncharged advances. The Court deferred its ruling on the admission of the Government's summary chart until trial.
Regarding the Defendant's Motion in Limine to Exclude 404(b) Evidence [114] and the Government's Notice to Introduce 404(b) Evidence [125], the Government withdrew item 2 regarding Mr. Rahman. The Court will not allow evidence regarding the altered insurance coverage issue. The Court will allow evidence of Defendant's failure to inform clients about actions taken as it pertains to Mr. Ochoa but will exclude evidence regarding the settled case involving Mr. Lake. The Court will allow the overdraft notices related to the Georgia Bar investigation.

Regarding the Defendant's Motion in Limine to Exclude Prior Settlements [106] and the Government's motion to exclude evidence and testimony regarding attempts at repayment (part of the Government's Consolidated Motions in Limine [110]), the Court deferred its ruling. Defense counsel requested time to review before the expected evidence comes in on Monday. The parties will notify the Court if there is an issue.

Regarding Defendant's Motion in Limine to Exclude Firm Financing Loan from Capital Financing [107], the Court observed that the Government agreed to parts of the motion in its Response. The Court will not exclude evidence regarding the $80k loans from Capital Financing.

Defense counsel is directed to provide a limiting jury instruction regarding 404(b) evidence. Defense will exchange with Government's counsel and provide by Friday, October 22nd.

Defendant's deadline for providing exhibit and witness lists is Monday, October 25th.

The Court will have a brief hearing to address the existence of a plea agreement with the defendant on Thursday, October 22nd at 9:15 a.m.

Regarding the parties' proposed voir dire questions, Defendant withdrew the objection to Government's question 22. The Court will allow 22 but 23 will only be asked as a follow-up if applicable. Government's questions 24-26 are repetitive of the Court's questions and are not allowed. Defense counsel were instructed to revise questions 2, 4, 12, 18, 20. Defendant's question 31 is repetitive of the Court's question and is not allowed. The Court excluded Defendant's question 34. Any COVID-related questions will be asked by the Court. If defense counsel wants to supplement the Court's questions regarding COVID, they are directed to exchange the proposed questions with Government's counsel and provide to the Court by noon on Wednesday, October 20th.

As for more details regarding the Court's rulings on evidentiary issues, the parties are directed to the transcript.

**HEARING STATUS:** Hearing Concluded