IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:18-CR-00309-LMM |
| | : | |
| CHALMER DETLING, II, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to the Court's discussion of proposed COVID *voir dire* questions during the last pretrial conference, defense counsel has notified the Court that they are requesting that the Court ask questions 35, 36, 37, 39, and a modified question similar to 40 from their requested instructions. The Court has reviewed these requested questions and will ask jurors question 37 along with the other COVID-related questions previously provided. The Court will also include aspects of modified question 40.

**IT IS SO ORDERED** this  20th  day of October, 2021.

_____
**Leigh Martin May**
**United States District Judge**