IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,   )
                               )
    v.                     )       CRIMINAL CASE NO.
                               )       1:18-CR-309-LMM-LTW-1
CHALMER DETLING, II       )

ORDER ALLOWING AUDIO/VISUAL EQUIPMENT
IN THE COURTROOM

Pursuant to Local Rule 83.4(A) for the Northern District of Georgia, it is

hereby ORDERED that the Defendant, Chalmer Detling, II, be allowed to bring

computer equipment and a cell phone to Courtroom 2107 on the 21st Floor of the

United States Courthouse to assist with trial beginning on October 25, 2021.

This Order shall be effective until the completion of proceedings.


SO ORDERED this   22nd   day of October, 2021.

_____
HON. LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE