# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00309-LMM-LTW
## USA v. Detling
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 10/21/2021.

TIME COURT COMMENCED: 9:02 A.M.
TIME COURT CONCLUDED: 4:33 P.M.
TIME IN COURT: 5:36
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| DEFENDANT(S): | [1] Chalmer Detling, II Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing Chalmer Detling<br>Samir Kaushal representing USA<br>Alex Sistla representing USA<br>Caitlyn Wade representing Chalmer Detling |
| PROCEEDING CATEGORY: | Voir Dire Held |
| JURY INFORMATION: | Jury was Sworn. |
| MINUTE TEXT: | Prior to voir dire, the Court had an ex parte hearing with defense counsel regarding Defendant's request to make a motion to dismiss prior to voir dire. The Court reconvened with Government's and Defendant's counsel. The Court heard Mr. Detling's pro se ORAL MOTION to Dismiss based on speedy trial violations. The Court ORALLY DENIED Defendant's Motion. The Court explained to Mr. Detling that he incorrectly asserted that the motion to strike surplusage in the indictment [29] was not addressed during the pretrial conference. The transcript of the pretrial conference should confirm that the Court orally GRANTED IN PART and DEFERRED IN PART the motion. The Court pointed Mr. Detling to the transcript of the pretrial conference as controlling over the minutes of the pretrial conference. The Court had a colloquy with Mr. Detling to confirm his awareness of the existence of a plea agreement. The jurors were brought in and voir dire was conducted. TheCourt struck jurors #6, #19, #28 for cause. The Court granted hardship excusals for jurors #43, #10, #13, #16, and #40 A jury was selected and sworn. The Court gave preliminary instructions to the jurors. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on Friday, October 22, 2021. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Jury Selection Only, continued |