# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00309-LMM-LTW
## USA v. Detling
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 10/22/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 9:01 A.M. | COURT REPORTER: Montrell Vann |
| TIME COURT CONCLUDED: 5:07 P.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 6:46 | DEPUTY CLERK: Brittany Poley |
| OFFICE LOCATION: Atlanta | |

**DEFENDANT(S):** [1] Chalmer Detling, II Present at proceedings

**ATTORNEY(S) PRESENT:**
Suzanne Hashimi representing Chalmer Detling
Samir Kaushal representing USA
Alex Sistla representing USA
Caitlyn Wade representing Chalmer Detling

**PROCEEDING CATEGORY:** Jury Trial Continued

**JURY INFORMATION:** The Rule of Sequestration was invoked.

**MINUTE TEXT:** Outside of the presence of the jurors, the Court notified counsel that juror #9 called out sick. The Court removed the juror from the trial. Jurors were brought in an and opening statements were heard. The Government's case began. The Government's exhibits 84-136, 303-335, 410-425, 430-432 were admitted. The Court gave the jurors a cautionary instruction on 404(b) evidence. Jenny Mittelman was sworn and testified. During a bench conference the Court suggested defense counsel consider a jury instruction related to the GA Bar investigation. Government's exhibits 340-345, 434-439, 348, 349, 368, 386, 350, 389 were admitted. Government's exhibits 365, 351, 379, 440 were admitted as modified. Defense cross-examined Ms. Mittelman. Brooks Neely was sworn and testified. Government's exhibit 233 was conditionally admitted. Defense cross-examined Mr. Nelly. Defendant's exhibit 14 was admitted. Michael Sean Kelley was sworn and testified. Government's exhibit 346 was admitted. The government moved to conditionally admit exhibit 42. Defense objected. The Court excused the jurors to address the issue with counsel. Defense counsel requested to question the Government's upcoming witness, Ms. Caballero, and to potentially call their own witness to rebut the evidence. The Court set the hearing for 8:30 a.m. Monday, October 25th and instructed defense counsel to provide the Government with the list of exhibits defense counsel intends to address with the witness. Defense counsel raised the Court's pretrial conference ruling regarding evidence as to former clients' financial harm and argued that the Government had opened the door on

|  |  |
|---|---|
|  | the issue. The Court did not change the ruling but contemplated adding a jury instruction to address the issue. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 8:30AM on Monday, October 25, 2021. Jurors excused until 9:00AM on Monday under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |