# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00309-LMM-LTW
## USA v. Detling
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 10/26/2021.

TIME COURT COMMENCED: 9:33 A.M.
TIME COURT CONCLUDED: 5:03 P.M.
TIME IN COURT: 6:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

DEFENDANT(S): [1] Chalmer Detling, II Present at proceedings

ATTORNEY(S) PRESENT:
Suzanne Hashimi representing Chalmer Detling
Samir Kaushal representing USA
Alex Sistla representing USA
Caitlyn Wade representing Chalmer Detling

PROCEEDING CATEGORY: Jury Trial Continued

MINUTE TEXT: The Government's case continued. Government continued direct examination of Amie Ingram (continued from 10/25/21). Government's exhibits 277, 282, &441 were admitted for limited purposes. During a bench conference, Defendant's counsel requested a curative jury instruction related to hearsay. Defendant's counsel cross-examined Ms. Ingram. Defendant's exhibits 18 & 19 were admitted. The jurors were excused for lunch. The Court heard from the parties on Defendant's objections to various exhibits. The Court did not exclude Government's exhibits 286 or 288. The Court modified Government's exhibit 400 to allow only the last page. The Court did not allow the Government to admit portions of the transcript of Ms. Ingram's testimony before the GA Bar. The Court did not exclude Government's exhibit 403. The jury entered and the Government began re-direct of Ms. Ingram followed by Defendant's counsel's re-cross. Josh Schwadron was sworn and testified. Government's exhibits 138-149, 150-161, 162-178, 179-200, 201-221, 222-262, 263-270, 271-284, 286-288, 336-339, 400 (as modified), 406, & 441 were admitted as business records. Jurors were excused for the day. The Court reminded to counsel to confer as to the redacted Indictment and to draft and exchange proposed limiting jury instructions. Government's counsel agreed with defense counsel's request for the Court to charge the jury prior to closing arguments. The Court will hear the parties' arguments on the Government's summary chart on Wednesday.

HEARING STATUS:      Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on Wednesday, October 27, 2021.

TRIAL STATUS:      Evidence Entered, Continued