IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. |
| v. | : |
| | :    1:18-CR-00309-LMM-LTW |
| CHALMER DETLING, II A/K/A | : |
| CHUCK DETLING | : |

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 01 2021

KEVIN P. WEIMER, Clerk
By: BRJ Deputy Clerk

## VERDICT FORM

1. As to Count Four of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty __✓__     Not Guilty _____

2. As to Count Five of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty __✓__     Not Guilty _____

3. As to Count Six of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty __✓__     Not Guilty _____

4. As to Count Seven of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty __✓__     Not Guilty _____

5. As to Count Eleven of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty ✓ _____          Not Guilty _____

6. As to Count Twelve of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty ✓ _____          Not Guilty _____

7. As to Count Thirteen of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty ✓ _____          Not Guilty _____

8. As to Count Fourteen of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty ✓ _____          Not Guilty _____

9. As to Count Fifteen of the Indictment, we, the jury, unanimously find Defendant Chalmer Detling, II a/k/a Chuck Detling:

   Guilty ✓ _____          Not Guilty _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this 1st day of November, 2021.

Foreperson's Signature: *Mannie Maddox*

2