# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00309-LMM-LTW
## USA v. Detling
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 10/28/2021.

TIME COURT COMMENCED: 8:52 A.M.
TIME COURT CONCLUDED: 6:00 P.M.
TIME IN COURT: 7:26
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| DEFENDANT(S): | [1] Chalmer Detling, II Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing Chalmer Detling<br>Samir Kaushal representing USA<br>Alex Sistla representing USA<br>Caitlyn Wade representing Chalmer Detling |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| MINUTE TEXT: | Government's case continued with direct examination of Luther Warrick. Defendant's counsel cross-examined Mr. Warrick. Defendant's exhibit 2 was admitted. Kellin Jett was sworn and testified. Defendant's counsel cross-examined Mr. Jett. Defendant's exhibit 25 was admitted. Brandi Pajot was sworn and testified. Outside the presence of the jury, the Court heard from counsel on Defendant's intent to use certain documents for impeachment. Defendant's counsel cross-examined Ms. Pajot. Dr. Howard Golden was sworn and testified. Defendant's counsel cross-examined Dr. Golden. On redirect, Defendant's exhibit 24 was admitted on Government's motion. Mackenzie Cole was sworn and testified. Government's exhibits 391, 392, 388, 381, and 382 were admitted. The jury was excused for the day. Charge conference held. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on Friday, October 29, 2021. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |