# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00309-LMM-LTW
## USA v. Detling
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 11/1/2021.

TIME COURT COMMENCED: 10:25 A.M.
TIME COURT CONCLUDED: 4:38 P.M.
TIME IN COURT: 3:03
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| DEFENDANT(S): | [1] Chalmer Detling, II Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing Chalmer Detling<br>Samir Kaushal representing USA<br>Alex Sistla representing USA<br>Caitlyn Wade representing Chalmer Detling |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Charge conference held. Jury charged. Closing arguments were heard. Deliberations began. The jury reached a verdict and found Defendant guilty on counts 4-7 and 11-15 of the Superseding Indictment. Defendant requested the jury be polled. The Clerk polled the jury. Sentencing is set for Monday, January 31, 2022, at 1:30 p.m. The Court requires sentencing memorandum and any other information that a party wants the Court to consider in connection with the sentencing be submitted to the Court and served on opposing counsel 5 business days before the sentencing hearing. Detention hearing held. Government's counsel made an ORAL Motion for Detention. The Court DENIED the motion and modified Defendant's bond to add curfew and location monitoring conditions. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |