IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| vs. | ) | 1:18-CR-00309-LMM-LTW-1 |
| | ) | |
| CHALMER DETLING, II | ) | |
| | ) | |

MOTION TO EXTEND TIME TO FILE MOTION FOR NEW TRIAL

COMES NOW, the Defendant, Chalmer Detling, II, and hereby moves, to extend the time for filing his Motion for New Trial in the above-styled matter and shows the Court as follows:

(1)

The jury returned a verdict of guilty on all counts against Mr. Detling on November 1, 2021.  Doc. 154.

(2)

A Motion for New Trial must be filed within fourteen (14) days of the verdict absent a continuance being granted pursuant to Rule 33(b)(2).  Consequently, the Motion for New Trial is currently due on Monday, November 15, 2021.

1

(3)

Undersigned counsel have requested pertinent portions of the trial transcript from the court reporter shortly after the verdict but it has not been prepared as of today's date. A review of the transcript as well as time to properly prepare the motion will require additional time. Mr. Detling requests an extension of fourteen days after the transcript is prepared to submit his Motion for New Trial.

(4)

The government does not oppose the motion for an extension being granted.

## Conclusion

For the foregoing reasons, Mr. Detling asks that the Court grant his motion to extend the time for filing the motion for new trial and extend the time for filing his motion for a period of fourteen days after the requested transcripts are prepared.

Dated: This 10th day of November, 2021.

    Respectfully Submitted,

    */s/ Suzanne Hashimi*
    Suzanne Hashimi
    Georgia Bar No. 335616

    */s/ Caitlyn Wade*
    Caitlyn Wade
    Georgia Bar No. 259114

    Attorneys for Chalmer Detling, II