IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO.<br>1:18-CR-00309-LMM-LTW-1 |
| CHALMER DETLING, II, | |
| Defendant. | |

## **ORDER**

This matter is before the Court on Defendant Chalmer Detling's Motion to Extend Time to File Motion for New Trial [160]. For good cause shown, the Motion is **GRANTED**. Defendant's Motion for New Trial shall be due fourteen days after the requested parts of the trial transcript are prepared.

**IT IS SO ORDERED** this  10th  day of November, 2021.

_____
**Leigh Martin May**
**United States District Judge**