IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| vs. | ) | 1:18-CR-00309-LMM-LTW-1 |
| | ) | |
| CHALMER DETLING, II | ) | |
| _____ | ) | |

NOTICE OF APPEAL

Notice is hereby given that defendant, CHALMER DETLING, II, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 11th day of February 2022.

Dated:  This 25th day of February, 2022.

                                              Respectfully submitted,

                                              */s/ Suzanne Hashimi*
                                              Suzanne Hashimi
                                              Georgia Bar No. 335616

                                              */s/ Caitlyn Wade*
                                              Caitlyn Wade
                                              Georgia Bar No. 259114

                                              Attorney for Chalmer Detling, II

Federal Defender Program, Inc.
101 Marietta Street, N.W., Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; (404) 688-0768 fax
Suzanne_Hashimi@fd.org
Caitlyn_Wade@fd.org