# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

February 25, 2022

Clerk's Office - USCA No. 00-00000-00
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

      **Re:**    **United States of America v. Chalmer Detling, II**
               **USDC Criminal No. 1:18-cr-309-LMM-LTW-1**

      Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| \_\_\_\_\_ | Original record exhibits transmitted pursuant to request.   (See attached copy of request.) |
| \_\_\_\_\_ | Appeal fees   been paid. |
| **X** | **Certified copy of order appointing Federal Defender Program enclosed.** |
| \_\_\_\_\_ | Certified copy of CJA order appointing counsel enclosed. |
| \_\_\_\_\_ | Appellant has been forwarded an application to proceed IFP. |
| \_\_\_\_\_ | Appellant has been   leave to proceed IFP, copy of order enclosed. |
| \_\_\_\_\_ | An appeal bond has been denied. |
| **X** | **District Judge appealed from is Honorable Leigh Martin May.** |
| \_\_\_\_\_ | Other: . |

The enclosed certified,   record on appeal consists of:

    \_\_\_\_\_    Volume(s) of pleadings        \_\_\_\_\_    Envelope of Exhibits

    \_\_\_\_\_    Volume(s) of transcripts.        \_\_\_\_\_    PSI enclosed. (SEALED)

               Sincerely,

               Kevin P. Weimer
               Clerk of Court

            By:   **/s/P. McClam**
Enclosures              Deputy Clerk

APPEAL,BOND,CLOSED,CertRdyTrl,EXH,MEDIUM,PROTO,SUBMDJ

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: <u>1:18–cr–00309–LMM–LTW</u>–1

Case title: USA v. Detling

Date Filed: 08/08/2018

Date Terminated: 02/11/2022

Assigned to: Judge Leigh Martin
May
Referred to: Magistrate Judge
Linda T. Walker

**<u>Defendant (1)</u>**

| | |
|---|---|
| **Chalmer Detling, II** | represented by **Molly Hiland Parmer** |
| *TERMINATED: 02/11/2022* | Parmer Law |
| *also known as* | 1201 West Peachtree St |
| Chuck Detling | Suite 2300 |
| *TERMINATED: 02/11/2022* | Atlanta, GA 30309 |

404–795–5060
Fax: 404–795–5117
Email: <u>Molly@Parmer.Law</u>
*TERMINATED: 10/22/2019*
*LEAD ATTORNEY*
*Designation: Public Defender or Community*
*Defender Appointment*

**Caitlyn Virginia Wade**
Federal Defender Program
101 Marietta Street Northwest
Suite 1500
Atlanta, GA 30303
404–688–7530
Fax: 404–688–0768
Email: <u>caitlyn_wade@fd.org</u>
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Suzanne Hashimi**
Federal Defender Program Inc.–Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404–688–7530
Fax: 404–688–0768
Email: <u>Suzanne_Hashimi@FD.Org</u>
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (4s–7s) | CBOP 46 MONTHS as to Counts Four, Five, Six, and Seven with all counts to run concurrent to each other, and 24 MONTHS as to Counts Eleven, Twelve, Thirteen, Fourteen, and Fifteen, to be served concurrent with each other and consecutive to Counts Four through Seven, for a total sentence of SEVENTY (70) MONTHS; SUPERVISED RELEASE 3 YEARS as to Counts Four through Seven, to run concurrently with each other, and 1 YEAR as to Counts Eleven through Fifteen, to run concurrently with each other, with all counts to run concurrently for a total term of THREE (3) YEARS; $900 total Special Assessment; $185,837.89 in Restitution to Mighty Group, Inc and $69,000.00 in Restitution to Capital Financing, to be paid in full immediately |
| 18:1028A(a)(1) FRAUD WITH IDENTIFICATION DOCUMENTS (11s–15s) | CBOP 46 MONTHS as to Counts Four, Five, Six, and Seven with all counts to run concurrent to each other, and 24 MONTHS as to Counts Eleven, Twelve, Thirteen, Fourteen, and Fifteen, to be served concurrent with each other and consecutive to Counts Four through Seven, for a total sentence of SEVENTY (70) MONTHS; SUPERVISED RELEASE 3 YEARS as to Counts Four through Seven, to run concurrently with each other, and 1 YEAR as to Counts Eleven through Fifteen, to run concurrently with each other, with all counts to run concurrently for a total term of THREE (3) YEARS; $900 total Special Assessment; $185,837.89 in Restitution to Mighty Group, Inc and $69,000.00 in Restitution to Capital Financing, to be paid in full immediately |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1343 – FRAUD BY WIRE, RADIO, OR TELEVISION (1–7) | DISMISSED PURSUANT TO STANDING ORDER 07–04 |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (1s–3s) | DISMISSED PURSUANT TO STANDING ORDER 07–04 |

2

| | |
|---|---|
| 18:1028A(a)(1) – FRAUD WITH IDENTIFICATION DOCUMENTS (8–15) | DISMISSED PURSUANT TO STANDING ORDER 07–04 |
| 18:1028A(a)(1) FRAUD WITH IDENTIFICATION DOCUMENTS (8s–10s) | DISMISSED PURSUANT TO STANDING ORDER 07–04 |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Alex R. Sistla** |
|---|---|---|
| | | Office of the United States Attorney–ATL600 |
| | | Northern District of Georgia |
| | | 600 United States Courthouse |
| | | 75 Ted Turner Dr., S.W. |
| | | Atlanta, GA 30303 |
| | | 404–581–6000 |
| | | Fax: 404–581–6181 |
| | | Email: alex.sistla@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **John Shantanu Ghose** |
| | | Northern District of Georgia |
| | | 100 Galleria Parkway |
| | | Ste 1600 |
| | | Atlanta, GA 30339 |
| | | 678–996–9079 |
| | | Email: john.ghose@fmglaw.com |
| | | *TERMINATED: 05/07/2020* |
| | | *LEAD ATTORNEY* |
| | | *Designation: Retained* |
| | | |
| | | **Samir Kaushal** |
| | | Office of the United States Attorney–ATL600 |
| | | Northern District of Georgia |
| | | 600 United States Courthouse |
| | | 75 Ted Turner Dr., S.W. |

3

Atlanta, GA 30303
404–581–6000
Email: samir.kaushal@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/08/2018 | 1 | | INDICTMENT, with Forfeiture Provision, as to Chalmer Detling, II (1) count(s) 1–7, 8–15. (ddm) (Entered: 08/09/2018) |
| 08/08/2018 | 2 | | MOTION to Seal Indictment filed by USA as to Chalmer Detling, II. (ddm) (Entered: 08/09/2018) |
| 08/08/2018 | 3 | | ORDER granting 2 MOTION to Seal Indictment filed by USA as to Chalmer Detling II (1). Signed by Magistrate Judge Catherine M. Salinas on 8/8/18. (ddm) (Entered: 08/09/2018) |
| 08/08/2018 | 4 | | Defendant Information Sheet as to Chalmer Detling, II. (ddm) (Entered: 08/09/2018) |
| 08/08/2018 | 5 | | Praecipe filed. Arrest Warrant Issued and delivered to USMS on 8/8/18 as to Chalmer Detling, II. (ddm) (Entered: 08/09/2018) |
| 08/10/2018 | 6 | | MOTION to Unseal Indictment by USA as to Chalmer Detling, II. (ddm) (Entered: 08/13/2018) |
| 08/10/2018 | 7 | | ORDER granting 6 Motion to Unseal Indictment as to Chalmer Detling II (1). Signed by Magistrate Judge Catherine M. Salinas on 8/10/18. (ddm) (Entered: 08/13/2018) |
| 08/10/2018 | 8 | | MOTION for Protective Order by USA as to Chalmer Detling, II. (ddm) (Entered: 08/13/2018) |
| 08/10/2018 | 9 | | Protective Order as to Chalmer Detling II (1). Signed by Magistrate Judge Catherine M. Salinas on 8/10/18. (ddm) (Entered: 08/13/2018) |
| 08/10/2018 | | | Case as to Chalmer Detling, II Assigned to Judge Leigh Martin May and Magistrate Judge Linda T. Walker. (ddm) (Entered: 08/13/2018) |
| 08/10/2018 | 10 | | Minute Entry for proceedings held before Magistrate Judge Catherine M. Salinas: INITIAL APPEARANCE as to Chalmer Detling, II. ARRAIGNMENT held and PLEA of NOT GUILTY entered as to Counts 1–7,8–15. Bond Hearing held and Non–Surety Bond set at $50,000. Bond filed and defendant released. (Attachments: # 1 Plea With Counsel) (Tape #FTR) (ddm) (Entered: 08/13/2018) |
| 08/10/2018 | 11 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Molly Hiland Parmer for Chalmer Detling, II. Signed by Magistrate Judge Catherine M. Salinas on 8/10/18. (ddm) (Entered: 08/13/2018) |
| 08/10/2018 | 12 | | CJA 23 Financial Affidavit by Chalmer Detling, II. (ddm) (Entered: 08/13/2018) |
| 08/10/2018 | 13 | | Non–Surety Bond Entered as to Chalmer Detling, II in amount of $ 50,000. (ddm) (Entered: 08/13/2018) |

4

| 08/10/2018 | 14 | | ORDER Setting Conditions of Release as to Chalmer Detling, II. Signed by Magistrate Judge Catherine M. Salinas on 8/10/18. (ddm) (Entered: 08/13/2018) |
|---|---|---|---|
| 08/16/2018 | 15 | | PRETRIAL SCHEDULING ORDER as to Chalmer Detling, II. Pretrial Conference set for 8/29/2018 at 10:00 AM in ATLA Courtroom 1860 before Magistrate Judge Linda T. Walker. Signed by Magistrate Judge Linda T. Walker on 8/16/18. (jpa) (Entered: 08/17/2018) |
| 08/20/2018 | 16 | | Request for Leave of Absence for the following date(s): Sept. 4, 2018, Sept. 5, 2018, Sept. 6, 2018, Sept. 7, 2018, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 08/20/2018) |
| 08/20/2018 | 17 | | Notice for Leave of Absence for the following date(s): 9/21/2018, 9/24/2018, 9/25/2018, 9/26/2018, 9/27/2018, 9/28/2018, 10/1/2018, 10/02/2018, 10/03/2018, 10/04/2018, 10/05/2018, by Alex R. Sistla. (Sistla, Alex) (Entered: 08/20/2018) |
| 08/22/2018 | 18 | | Unopposed MOTION to Continue the Pretrial Conference, Unopposed MOTION for Extension of Time to File Pretrial Motions by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Parmer, Molly) (Entered: 08/22/2018) |
| 08/22/2018 | 19 | | Request for Leave of Absence for the following date(s): Oct 12, 2018 & Oct 15, 2018, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 08/22/2018) |
| 08/23/2018 | 20 | | ARREST Warrant Returned Executed on 8/10/18 as to Chalmer Detling, II. (hfm) (Entered: 08/23/2018) |
| 08/28/2018 | 21 | | ORDER granting 18 Motion for Continuance of pretrial conference as to Chalmer Detling II (1); granting 18 Motion for Extension of Time. Defendants shall file Pretrial Motions by October 16, 2018. Time excluded from 8/28/18 until 10/18/18. as to Chalmer Detling II (1). Pretrial Conference re–set for 10/18/18 at 11:00 AM in ATLA Courtroom 1860 before Magistrate Judge Linda T. Walker. Signed by Magistrate Judge Linda T. Walker on 8/28/18. (hfm) (Entered: 08/28/2018) |
| 09/20/2018 | 22 | | MOTION to Modify Conditions of Release by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Parmer, Molly) (Entered: 09/20/2018) |
| 09/21/2018 | 23 | | ORDER granting 22 Motion to Modify Conditions of Release as to Chalmer Detling II (1). Signed by Magistrate Judge Catherine M. Salinas on 9/21/18. (hfm) (Entered: 09/21/2018) |
| 10/09/2018 | 24 | | Unopposed MOTION to Continue Pretrial Conference, Unopposed MOTION for Extension of Time to File Pretrial Motions by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Parmer, Molly) (Entered: 10/09/2018) |
| 10/09/2018 | 25 | | ORDER GRANTING 24 Motion for Continuance of Pretrial Conference and Motion for Extension of Time to File Pretrial Motions as to Chalmer Detling II (1). Pretrial Conference reset for 11/1/2018 at 10:30 AM in ATLA Courtroom 1860 before Magistrate Judge Linda T. Walker. The defendant shall file pretrial motions on or before 10/30/2018. Time excluded from 10/9/2018 until 11/1/2018. Signed by Magistrate Judge Linda T. Walker on 10/9/2018. (adg) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/09/2018) |
| 10/30/2018 | 26 | | MOTION to Dismiss for Lack of Jurisdiction by Chalmer Detling, II. (Parmer, Molly) (Entered: 10/30/2018) |
| 10/30/2018 | 27 | | MOTION to Dismiss Indictment by Chalmer Detling, II. (Parmer, Molly) (Entered: 10/30/2018) |
| 10/30/2018 | 28 | | MOTION for Bill of Particulars by Chalmer Detling, II. (Parmer, Molly) (Entered: 10/30/2018) |
| 10/30/2018 | 29 | | MOTION to Strike re: 1 Indictment *Surplusage* by Chalmer Detling, II. (Parmer, Molly) (Entered: 10/30/2018) |
| 10/30/2018 | 30 | | MOTION to Allow Participation in Voir Dire by Chalmer Detling, II. (Parmer, Molly) (Entered: 10/30/2018) |
| 11/01/2018 | 31 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Pretrial Conference as to Chalmer Detling, II. 26 Motion to Dismiss for Lack of Jurisdiction, 27 Motion to Dismiss Indictment, 28 Motion for Bill of Particulars, 29 Motion to Strike, 30 Motion to Allow Participation in Voir Dire are TAKEN UNDER ADVISMENT. The Government shall have through 12/14/2018 in which to respond to the motions. The defendant shall have through 1/11/2019 in which to file a reply. (Tape #FTR Gold) (btql) (Entered: 11/05/2018) |
| 11/06/2018 | 32 | | Request for Leave of Absence for the following date(s): Dec. 26, 2018, through Dec. 30, 2018, and Jan. 9, 2019, through Jan 11, 2019, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 11/06/2018) |
| 12/12/2018 | 35 | | SUPERSEDING INDICTMENT as to Chalmer Detling, II (1) count(s) 1s–7s, 8s–15s. (beg) (Entered: 12/21/2018) |
| 12/12/2018 | 36 | | Defendant Information Sheet as to Chalmer Detling, II. (beg) (Entered: 12/21/2018) |
| 12/12/2018 | 37 | | Request for Arraignment as to Chalmer Detling, II. (beg) (Entered: 12/21/2018) |
| 12/14/2018 | 33 | | RESPONSE in Opposition as to Chalmer Detling, II filed by USA re 26 MOTION to Dismiss for Lack of Jurisdiction , 30 MOTION to Allow Participation in Voir Dire , 27 MOTION to Dismiss Indictment , 29 MOTION to Strike re: 1 Indictment *Surplusage*, 28 MOTION for Bill of Particulars (Sistla, Alex) (Entered: 12/14/2018) |
| 12/14/2018 | 38 | | Summons Issued as to Chalmer Detling, II. Arraignment set for 12/31/2018 at 10:30 AM in ATLA Courtroom 1860 before Magistrate Judge Linda T. Walker. (beg) (Entered: 12/21/2018) |
| 12/17/2018 | 34 | | Request for Leave of Absence for the following date(s): Feb. 19, 2019– Feb. 22, 2019, and April 24, 2019– April 26, 2019, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 12/17/2018) |
| 12/21/2018 | 39 | | Unopposed MOTION to Continue Arraignment by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Parmer, Molly) (Entered: 12/21/2018) |

| | | | |
|---|---|---|---|
| 12/21/2018 | 40 | | ORDER GRANTING 39 Motion for Continuance of Arraignment as to Chalmer Detling II (1). Arraignment set for 1/14/2019 at 11:00 AM before Magistrate Judge Linda T. Walker. The Clerk is directed to count as excludable any delay occurring in rescheduling the hearing. Signed by Magistrate Judge Linda T. Walker on 12/21/2018. (btql) (Entered: 12/21/2018) |
| 01/11/2019 | 41 | | REPLY TO RESPONSE to Motion as to Chalmer Detling, II filed by Chalmer Detling, II re: 26 MOTION to Dismiss for Lack of Jurisdiction , 30 MOTION to Allow Participation in Voir Dire , 27 MOTION to Dismiss Indictment , 29 MOTION to Strike re: 1 Indictment *Surplusage*, 28 MOTION for Bill of Particulars (Parmer, Molly) (Entered: 01/11/2019) |
| 01/14/2019 | 42 | | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: ARRAIGNMENT as to Chalmer Detling II (1). PLEA of NOT GUILTY on Counts 1s–7s, 8s–15s. (Attachments: # 1 Entry of Plea of Not Guilty and Waiver of Appearance) (Tape #FTR) (btql) (Entered: 01/16/2019) |
| 02/05/2019 | 43 | | PRETRIAL SCHEDULING ORDER as to Chalmer Detling, II. Pretrial Conference set for 2/11/2019 at 11:00 AM before Magistrate Judge Linda T. Walker. Signed by Magistrate Judge Linda T. Walker on 2/5/2019. (btql) (Entered: 02/06/2019) |
| 03/04/2019 | 44 | | Request for Leave of Absence for the following date(s): August 19, 2019, through and including August 30, 2019, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 03/04/2019) |
| 03/21/2019 | | | ORDER TO CONTINUE – Ends of Justice as to Chalmer Detling, II; Defendant informed the Court on March 4, 2018, that he would not be filing any additional motions in this case and that it is ready for a ruling on the motions that he previously filed. Time excluded from 02/06/2019 until 04/06/2019. APPROVED by Magistrate Judge Linda T. Walker on 03/21/2019. (slc) (Entered: 03/21/2019) |
| 04/30/2019 | | | ORDER deferring ruling on 29 Motion to Strike Surplusage as to Chalmer Detling II (1). Signed by Magistrate Judge Linda T. Walker on April 30, 2019. (LTW) (Entered: 04/30/2019) |
| 04/30/2019 | | | ORDER deferring ruling on 30 Motion to Allow Participation in Voir Dire as to Chalmer Detling II (1). Signed by Magistrate Judge Linda T. Walker on April 30, 2019. (LTW) (Entered: 04/30/2019) |
| 04/30/2019 | 45 | | ORDER AND FINAL REPORT AND RECOMMENDATION as to Chalmer Detling, II recommending that the 26 MOTION to Dismiss for Lack of Jurisdiction be DENIED AS MOOT and that the 27 MOTION to Dismiss Indictment be DENIED. Signed by Magistrate Judge Linda T. Walker on 4/30/2019. (btql) (Entered: 04/30/2019) |
| 04/30/2019 | | | ORDER DENYING 28 Motion for Bill of Particulars as to Chalmer Detling II (1). Ruled on by Magistrate Judge Linda T. Walker on 4/30/2019 in the 45 Final R&R. (btql) (Entered: 04/30/2019) |
| 04/30/2019 | | | ORDER CERTIFYING CASE READY FOR TRIAL as to Chalmer Detling, II. Ruled by Magistrate Judge Linda T. Walker on 4/30/2019 in the 45 Final R&R. (btql) (Entered: 04/30/2019) |
| 04/30/2019 | 46 | | |

| | | | |
|---|---|---|---|
| | | | ORDER for Service of 45 Report and Recommendation by Magistrate Judge Linda T. Walker as to Chalmer Detling, II. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Linda T. Walker on 4/30/2019. (btql) (Entered: 04/30/2019) |
| 05/02/2019 | 47 | | Notice for Leave of Absence for the following date(s): 07/15/2019, 07/16/2019, 07/17/2019, 07/18/2019, 07/19/2019, 07/22/2019, 07/23/2019, 07/24/2019, 07/25/2019, 07/26/2019,, by John Shantanu Ghose. (Ghose, John) (Entered: 05/02/2019) |
| 05/09/2019 | 48 | | Unopposed MOTION for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Parmer, Molly) (Entered: 05/09/2019) |
| 05/10/2019 | 49 | | ORDER GRANTING 48 Motion for Extension of Time until 5/28/2019 for Defendant to file Objections to the Report and Recommendation as to Chalmer Detling II (1). Signed by Judge Leigh Martin May on 5/10/2019. (btql) (Entered: 05/10/2019) |
| 05/16/2019 | 50 | | Request for Leave of Absence for the following date(s): July 19, 2019, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 05/16/2019) |
| 05/23/2019 | 51 | | OBJECTIONS TO 45 REPORT AND RECOMMENDATION as to Chalmer Detling, II filed by Chalmer Detling, II (Parmer, Molly) (Entered: 05/23/2019) |
| 05/29/2019 | 52 | | ORDER as to Chalmer Detling II (1)OVERRULING Defendant's Objections; ADOPTING 45 Report and Recommendation ; DENYING as moot 26 Motion to Dismiss for Lack of Jurisdiction; DENYING 27 Motion to Dismiss Indictment ; GRANTING 30 Motion to Allow Participation in Voir Dire; DEFERRING ruling on 29 Motion to Strike Surplusage in the Indictment, until the pretrial conference. Signed by Judge Leigh Martin May on 5/29/2019. (adg) (Entered: 05/29/2019) |
| 05/29/2019 | 53 | | ORDER as to Chalmer Detling, II Jury Trial set for 8/26/2019 at 9:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May., Pretrial Conference set for 8/20/2019 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. By noon on Wednesday, 8/7/2019, the parties are to file the following: motions in limine and proposed voir dire questions. By noon on Wednesday, 8/7/2019, the Government must file a brief summary of the indictment that the parties can rely on for voir dire. By noon on Wednesday, 8/14/2019, the parties are to file responses to motions in limine and any objections and to those items listed above. Time excluded from 5/29/2019 until 8/16/2019, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv). Signed by Judge Leigh Martin May on 5/29/2019. (See 52 Order]) (adg) (Entered: 05/29/2019) |
| 06/06/2019 | 54 | | Request for Leave of Absence for the following date(s): September 27, 2019, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 06/06/2019) |
| 06/26/2019 | 55 | | NOTICE SETTING TRIAL as to Chalmer Detling, II. The Jury Trial is set for 10/1/2019 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. A Pretrial Conference is set for 9/25/2019 at 09:30 AM in ATLA |

| | | | |
|---|---|---|---|
| | | | Courtroom 2107 before Judge Leigh Martin May. Please see the attached trial calendar for additional deadlines and instructions.(rvb) (Entered: 06/26/2019) |
| 06/26/2019 | | | MINUTE ORDER CONTINUING Trial set for August 26, 2019 due to Defendant's unopposed request to continue the trial date. The Court resets he jury trial for Tuesday, October 1, 2019. Approved by Judge Leigh Martin May on 06/26/2019. (rvb) (Entered: 06/26/2019) |
| 06/26/2019 | 56 | | Notification of Docket Correction re 55 Notice Setting Trial. Case number was correct on second page of the document. (rvb) (Entered: 06/26/2019) |
| 07/18/2019 | 57 | | Request for Leave of Absence for the following date(s): October 15, 2019, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 07/18/2019) |
| 07/31/2019 | 58 | | Request for Leave of Absence for the following date(s): October 11, 2019, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 07/31/2019) |
| 08/09/2019 | 59 | | Unopposed MOTION to Continue Trial by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Parmer, Molly) (Entered: 08/09/2019) |
| 08/15/2019 | 60 | | ORDER granting 59 Motion for Continuance of Trial as to Chalmer Detling II (1). The Jury Trial is re−set for 12/10/2019 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Signed by Judge Leigh Martin May on 08/15/2019. (rvb) (Entered: 08/15/2019) |
| 08/15/2019 | 61 | | NOTICE SETTING TRIAL as to Chalmer Detling, II. The Jury Trial is set for 12/10/2019 at 10:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Please consult the trial calendar for pretrial deadlines and instructions. (rvb) (Entered: 08/15/2019) |
| 09/11/2019 | 62 | | Notice for Leave of Absence for the following date(s): January 21, 2020 through and including January 24, 2020, by Molly Hiland Parmer. (Parmer, Molly) (Entered: 09/11/2019) |
| 09/23/2019 | 63 | | MOTION to Modify Conditions of Release by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Parmer, Molly) (Entered: 09/23/2019) |
| 09/24/2019 | 64 | | Withdrawal of Motion 63 MOTION to Modify Conditions of Release filed by Chalmer Detling, II as to Chalmer Detling, II (Parmer, Molly) (Entered: 09/24/2019) |
| 10/22/2019 | 65 | | Certification of Consent to Substitution of Counsel as to Chalmer Detling, II. Suzanne Hashimi replacing attorney Molly Hiland Parmer. (Hashimi, Suzanne) (Entered: 10/22/2019) |
| 10/22/2019 | 66 | | NOTICE OF ATTORNEY APPEARANCE: Caitlyn Virginia Wade appearing on behalf of Chalmer Detling, II (Wade, Caitlyn) (Entered: 10/22/2019) |
| 11/22/2019 | 67 | | Unopposed MOTION to Continue Trial by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Wade, Caitlyn) (Entered: 11/22/2019) |
| 11/22/2019 | 68 | | ORDER granting 67 Motion for Continuance of Trial as to Chalmer Detling II (1) Jury Trial set for 4/21/2020 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Time excluded from 11/22/2019−04/21/2020 pursuant to 18 U.S.C. § 3161, et seq. Signed by Judge Leigh Martin May on 11/22/2019. (tmf) (Entered: 11/22/2019) |

| 02/06/2020 | 69 | | NOTICE SETTING TRIAL as to Chalmer Detling, II.The Jury Trial is set for 4/21/2020 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Please see the trial calendar for additional pretrial deadlines.(rvb) (Entered: 02/06/2020) |
|---|---|---|---|
| 02/29/2020 | 70 | | NOTICE OF ATTORNEY APPEARANCE Samir Kaushal appearing for USA. (Kaushal, Samir) (Entered: 02/29/2020) |
| 03/06/2020 | | | Documents 71–74 are sealed. (jpa) (Entered: 03/06/2020) |
| 03/13/2020 | 75 | | Unopposed MOTION to Continue Trial by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Wade, Caitlyn) (Entered: 03/13/2020) |
| 03/16/2020 | 76 | | ORDER granting 75 Motion for Continuance as to Chalmer Detling II (1). Jury Trial reset for 8/31/2020 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Signed by Judge Leigh Martin May on 3/16/2020. (tmf) (Entered: 03/16/2020) |
| 03/20/2020 | 77 | | NOTICE SETTING TRIAL as to Chalmer Detling, II, Pretrial Conference set for 8/18/2020 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Jury Trial set for 8/31/2020 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Please see the attached trial calendar for additional deadlines and instructions.(rlb) (Entered: 03/20/2020) |
| 03/20/2020 | 78 | | ORDER TO CONTINUE – Ends of Justice as to Chalmer Detling, II. GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/16/2020. (bdb) (Entered: 03/23/2020) |
| 04/01/2020 | 79 | | Amended General Order 20–01 re COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. as to Chalmer Detling, II (rvb) (ADI) (Entered: 04/01/2020) |
| 05/04/2020 | 80 | | SECOND AMENDED GENERAL ORDER 20–01 IN RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS as to Chalmer Detling, II Signed by Judge Thomas W. Thrash, Jr. on 4/30/2020. (tmf) (Entered: 05/04/2020) |
| 05/07/2020 | 81 | | NOTICE *of Withdrawl of AUSA* as to Chalmer Detling, II filed by USA (Ghose, John) (Entered: 05/07/2020) |
| 05/07/2020 | | | Attorney update in case as to Chalmer Detling, II. Attorney John Shantanu Ghose terminated. (tmf) (Entered: 05/07/2020) |
| 05/26/2020 | 82 | | GENERAL ORDER 20–01 Third Amendment IN RE: COURT OPERATIONS UNDERTHE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS as to Chalmer Detling, II Signed by Judge Thomas W. Thrash, Jr. on 5/26/2020. (tmf) (Entered: 05/26/2020) |
| 07/01/2020 | 83 | | GENERAL ORDER 20–01 Fourth Amendment IN RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS as to Chalmer Detling, II |

| | | | |
|---|---|---|---|
| | | | Signed by Judge Thomas W. Thrash, Jr. on 7/1/2020. (tmf) (Entered: 07/01/2020) |
| 07/10/2020 | 84 | | GENERAL ORDER 20–01 Fifth Amendment IN RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS as to Chalmer Detling, II Signed by Judge Thomas W. Thrash, Jr. on 7/10/2020. (tmf) (Entered: 07/15/2020) |
| 07/16/2020 | 85 | | Joint MOTION to Continue Trial Date with Brief In Supportby USA as to Chalmer Detling, II. (Sistla, Alex) (Entered: 07/16/2020) |
| 07/21/2020 | 86 | | ORDER granting 85 Joint Motion for Continuance as to Chalmer Detling II (1). Jury Trial reset for 3/1/2021 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Time is excluded from 8/31/2020 thru 3/1/2021 under the Speedy Trial Act. Signed by Judge Leigh Martin May on 7/21/2020. (tmf) (Entered: 07/21/2020) |
| 07/24/2020 | 87 | | NOTICE SETTING TRIAL as to Chalmer Detling, II, Pretrial Conference set for 2/23/2021 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Jury Trial set for 3/1/2021 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (rlb) (Entered: 07/24/2020) |
| 08/04/2020 | 88 | | GENERAL ORDER 20–01 Sixth Amendment IN RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS as to Chalmer Detling, II Signed by Judge Thomas W. Thrash, Jr. on 8/3/2020. (tmf) (Entered: 08/04/2020) |
| 09/02/2020 | 89 | | SEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS as to Chalmer Detling, II Signed by Judge Thomas W. Thrash, Jr. on 9/1/2020. (tmf) (Entered: 09/02/2020) |
| 09/28/2020 | 90 | | EIGHTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. The time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act as to Chalmer Detling, II. Signed by Judge Thomas W. Thrash, Jr. on 9/28/2020. (tcc) (Entered: 09/28/2020) |
| 12/08/2020 | 91 | | NINTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. The time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act as to Chalmer Detling, II Signed by Judge Thomas W. Thrash, Jr. on 12/8/2020. (tmf) (Entered: 12/08/2020) |
| 01/22/2021 | 92 | | Notice for Leave of Absence for the following date(s): 7/9, 7/12–7/16, 7/19 and 7/20/2021, by Samir Kaushal. (Kaushal, Samir) (Entered: 01/22/2021) |
| 01/27/2021 | 93 | | ORDER as to Chalmer Detling, II. TENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. The time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act. Signed by Judge |

| | | | |
|---|---|---|---|
| | | | Thomas W. Thrash, Jr. on 1/27/2021. (tmf) (Entered: 01/28/2021) |
| 02/08/2021 | | | NOTICE OF CANCELLATION of Hearing re: 87 NOTICE SETTING TRIAL as to Chalmer Detling, II, Pretrial Conference set for 2/23/2021 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Jury Trial set for 3/1/2021 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (bnp) (Entered: 02/08/2021) |
| 03/09/2021 | 94 | | ORDER as to Chalmer Detling, II. ELEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. The time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act. Signed by Judge Thomas W. Thrash, Jr. on 3/9/2021. (tmf) (Entered: 03/09/2021) |
| 04/08/2021 | 95 | | NOTICE SETTING TRIAL as to Chalmer Detling, II. The Jury Trial is set for Wednesday, June 23, 2021 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. A Pretrial Conference is set for 6/16/2021 at 10:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Please see the attached trial calendar for additional deadlines and instructions. (bnp) (Entered: 04/08/2021) |
| 04/14/2021 | 96 | | MOTION to Continue Trial Date with Brief In Supportby USA as to Chalmer Detling, II. (Sistla, Alex) (Entered: 04/14/2021) |
| 04/15/2021 | 97 | | ORDER granting 96 Motion for Continuance as to Chalmer Detling II (1). Jury Trial reset for 9/7/2021 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. Pretrial Conference reset for 8/31/2021 at 10:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. The period of time between May 3, 2021 and September 7, 2021, is excluded from the Speedy Trial Act. Signed by Judge Leigh Martin May on 4/14/2021. (tmf) (Entered: 04/15/2021) |
| 04/30/2021 | 98 | | Request for Leave of Absence for the following date(s): July 8, 2021 through July 12, 2021, by Suzanne Hashimi. (Hashimi, Suzanne) (Entered: 04/30/2021) |
| 06/14/2021 | 99 | | NOTICE SETTING TRIAL as to Chalmer Detling, II. A Jury Trial is set for Tuesday, September 7, 2021 at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. The Pretrial Conference is set for Tuesday, August 31, 2021 at 10:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (See attached Calendar for additional deadlines and details.) (bnp) (Entered: 06/14/2021) |
| 07/12/2021 | 100 | | NOTICE SETTING TRIAL as to Chalmer Detling, II. A Jury Trial is set for Wednesday, September 8, 2021, at 09:30 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. The Pretrial Conference is set for Tuesday, August 31, 2021, at 10:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (bnp) (Entered: 07/12/2021) |
| 08/06/2021 | | | Documents 101–102 are sealed. (jpk) (Entered: 08/06/2021) |
| 08/13/2021 | | | Documents 103–104 are sealed. (cmd) (Entered: 08/13/2021) |
| 08/17/2021 | 105 | | MOTION in Limine To Exclude Bar Proceedings by Chalmer Detling, II. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Hashimi, Suzanne) (Entered: 08/17/2021) |

| 08/17/2021 | 106 | | MOTION in Limine To Exclude Prior Settlements by Chalmer Detling, II. (Hashimi, Suzanne) (Entered: 08/17/2021) |
|---|---|---|---|
| 08/17/2021 | 107 | | MOTION in Limine To Exclude Firm Financing Loan From Capital Financing by Chalmer Detling, II. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Hashimi, Suzanne) (Entered: 08/17/2021) |
| 08/17/2021 | 108 | | Proposed Voir Dire Questions as to Chalmer Detling, II (Hashimi, Suzanne) (Entered: 08/17/2021) |
| 08/17/2021 | 109 | | MOTION in Limine to Exclude 404(b) Evidence by Chalmer Detling, II. (Wade, Caitlyn) (Entered: 08/17/2021) |
| 08/17/2021 | 110 | | MOTION in Limine *to Admit or Exclude Certain Evidence* with Brief In Supportby USA as to Chalmer Detling, II. (Attachments: # 1 Exhibit Ex. A – Affidavit of C. Detling, # 2 Exhibit Ex. B – Consolidated Pretrial Order Dkt 6772, # 3 Exhibit Ex. C – Excerpt 6–29–16 Tr., # 4 Exhibit Ex. D – Excerpt 6–29–16– Tr., # 5 Exhibit Ex E. – Oct 31 2016 Ga Sup Ct Order, # 6 Exhibit Ex. F – 3–2–15 Letter from C Detlng, # 7 Exhibit Ex. G 5–30–16 Detling Resp. to Interrogatory, # 8 Exhibit Ex. H 9–20–16 Detling Pet Vol Surrender) (Sistla, Alex) (Entered: 08/17/2021) |
| 08/17/2021 | 111 | | NOTICE OF FILING Summary of Indictment as to Chalmer Detling, II filed by USA (Sistla, Alex) (Entered: 08/17/2021) |
| 08/17/2021 | 112 | | Proposed Voir Dire Questions as to Chalmer Detling, II by USA. (Sistla, Alex) (Entered: 08/17/2021) |
| 08/17/2021 | 113 | | MOTION in Limine Exclude Hearsay with Brief In Supportby USA as to Chalmer Detling, II. (Sistla, Alex) (Entered: 08/17/2021) |
| 08/17/2021 | 114 | | MOTION in Limine to Admit Summary Chart with Brief In Supportby USA as to Chalmer Detling, II. (Sistla, Alex) (Entered: 08/17/2021) |
| 08/23/2021 | 115 | | NOTICE: Procedures for the Conduct of Jury Trials. (bnp) (Entered: 08/23/2021) |
| 08/24/2021 | 116 | | OBJECTION to 108 Proposed Voir Dire Questions as to Chalmer Detling, II filed by USA (Kaushal, Samir) (Entered: 08/24/2021) |
| 08/24/2021 | 117 | | RESPONSE in Opposition as to Chalmer Detling, II filed by USA re 106 MOTION in Limine To Exclude Prior Settlements (Kaushal, Samir) (Entered: 08/24/2021) |
| 08/24/2021 | 118 | | RESPONSE in Opposition as to Chalmer Detling, II filed by USA re 107 MOTION in Limine To Exclude Firm Financing Loan From Capital Financing (Attachments: # 1 Exhibit 1)(Kaushal, Samir) (Entered: 08/24/2021) |
| 08/24/2021 | 119 | | RESPONSE in Opposition as to Chalmer Detling, II filed by Chalmer Detling, II re 114 MOTION in Limine to Admit Summary Chart (Wade, Caitlyn) (Entered: 08/24/2021) |
| 08/24/2021 | 120 | | OBJECTION to 111 Notice of Filing as to Chalmer Detling, II filed by Chalmer Detling, II (Wade, Caitlyn) (Entered: 08/24/2021) |
| 08/24/2021 | 121 | | OBJECTION to 112 Proposed Voir Dire Questions as to Chalmer Detling, II filed by Chalmer Detling, II (Wade, Caitlyn) (Entered: 08/24/2021) |

| 08/24/2021 | 122 | | RESPONSE in Opposition as to Chalmer Detling, II filed by USA re 105 MOTION in Limine To Exclude Bar Proceedings (Kaushal, Samir) (Entered: 08/24/2021) |
| --- | --- | --- | --- |
| 08/24/2021 | 123 | | RESPONSE in Opposition as to Chalmer Detling, II filed by Chalmer Detling, II re 113 MOTION in Limine Exclude Hearsay (Wade, Caitlyn) (Entered: 08/24/2021) |
| 08/24/2021 | 124 | | RESPONSE in Opposition as to Chalmer Detling, II filed by Chalmer Detling, II re 110 MOTION in Limine to *Admit or Exclude Certain Evidence* (Wade, Caitlyn) (Entered: 08/24/2021) |
| 08/26/2021 | | | NOTICE SETTING TRIAL as to Chalmer Detling, II. The Jury Trial is set for Thursday, September 9, 2021 at 09:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. The Pretrial Conference is set for August 31, 2021 at 10:00 AM in ATLA Courtroom 2306 before Judge Leigh Martin May. Please see Calendar at Docket No. 100 for all other deadlines and details. (bnp) (Entered: 08/26/2021) |
| 08/26/2021 | 125 | | NOTICE of Intention to Use 404(b) Evidence filed by USA as to Chalmer Detling, II (Attachments: # 1 Exhibit Special Master Report Dkt 6640, # 2 Exhibit Special Master Report Dkt. 6772, # 3 Exhibit Special Master Report Dkt. 6804, # 4 Exhibit Feb. 15 2015 email from C Detling to J Kelley, # 5 Exhibit C Detling Pet. for Vol. Surrender, # 6 Exhibit Mar 3 2016 email from C Detling to J Schwadron, # 7 Exhibit Mar 16 2016 email from C Detling to J Schwadron, # 8 Exhibit Excerpt from July 26, 2016 Hearing, # 9 Exhibit Nov 28 2014 email correspondenc)(Sistla, Alex) (Entered: 08/26/2021) |
| 08/27/2021 | 126 | | MOTION to Continue Trial with Brief In Support by Chalmer Detling, II. (Wade, Caitlyn) (Entered: 08/27/2021) |
| 08/30/2021 | | | NOTICE OF HEARING as to Chalmer Detling, II. Telephone Conference set for 8/30/2021 at 11:00 AM before Judge Leigh Martin May. Dial–in instructions have been emailed to counsel. (bnp) (Entered: 08/30/2021) |
| 08/30/2021 | | | NOTICE OF CANCELLATION of Hearing as to Chalmer Detling, II. The Pretrial Conference set for August 31, 2021 and the Jury Trial set for September 9, 2021 are cancelled. (bnp) (Entered: 08/30/2021) |
| 08/30/2021 | 128 | | Minute Entry for proceedings held before Judge Leigh Martin May: Telephone Conference as to Chalmer Detling, II. The Court held a telephone conference on Defendant's Motion to Continue Trial. The Court heard from the Government and Defendant's counsel. The Court GRANTED the motion but noted any future request for a continuance would likely be denied. (Court Reporter Viola Zborowski) (cmd) (Entered: 08/31/2021) |
| 08/31/2021 | 127 | | ORDER granting 126 Motion for Continuance of Trial as to Chalmer Detling II (1). The jury trial will be rescheduled for a date and time to be determined by the Court. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial as allowed in 18 USC 3161(h)(7). IT IS HEREBY ORDERED that the above styled criminal action be continued and that the period of time between now and the rescheduled jury trial date be excluded from the Speedy Trial Act. Signed by Judge Leigh Martin May on 8/31/2021. (cmd) (Entered: 08/31/2021) |

| 09/08/2021 | 129 | | Notice for Leave of Absence for the following date(s): 1/13/2022–1/18/2022, 2/16/2022–2/21/2022, by Alex R. Sistla. (Sistla, Alex) (Entered: 09/08/2021) |
| 09/14/2021 | 130 | | Notice for Leave of Absence for the following date(s): 11/23, 11/24 and 11/26/2021, by Samir Kaushal. (Kaushal, Samir) (Entered: 09/14/2021) |
| 09/22/2021 | 131 | | NOTICE SETTING TRIAL as to Chalmer Detling, II. A Jury Trial is set for Thursday, October 21, 2021 at 09:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. The Pretrial Conference is set for Wednesday, October 13, 2021 at 10:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (bnp) (Entered: 09/22/2021) |
| 10/12/2021 | | | Documents 132–133 are sealed. (cmd) (Entered: 10/12/2021) |
| 10/12/2021 | 134 | | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM starting on October 13, 2021 as to Chalmer Detling, II. Signed by Judge Leigh Martin May on 10/12/2021. (bnp) (Entered: 10/12/2021) |
| 10/13/2021 | | | NOTICE OF HEARING as to Chalmer Detling, II. Pretrial Conference set for Tuesday, October 19, 2021 at 11:00 AM in ATLA Courtroom 2107 before Judge Leigh Martin May. (bnp) (Entered: 10/13/2021) |
| 10/13/2021 | 135 | | NOTICE OF FILING Joint Proposed Summary of Indictment as to Chalmer Detling, II filed by USA (Kaushal, Samir) (Entered: 10/13/2021) |
| 10/13/2021 | 139 | | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial is for Thursday, October 21, 2021. The first day of trial will start at 9:30 a.m. Counsel shall report to Courtroom 2107 at 9:15 a.m. The CRD will send notice when it is time to report to the 23rd floor ceremonial courtroom for jury selection. Each subsequent day of trial will begin at 9:00 a.m. Counsel should plan to arrive by 8:45 a.m. The parties will confer as to whether the defendant shall wear a face mask or face shield during the trial and notify the Court if there is disagreement. The parties shall submit their jury instructions and proposed verdict form by the end of the day Monday, October 18th on CM/ECF and in Word format emailed to Ms. Poley. The Government shall inform the Court whether they would prefer the Court to charge the jury before or after closing arguments. Defense counsel requested that the Court charge the jury prior to closing argument. The Court requested the Government provide a notebook of exhibits with tabs with the exhibit number to be delivered to chambers the morning of trial. The parties shall have 30 minutes each for opening statements. If the parties plan on using any exhibits during opening statements, the parties must confer with opposing counsel. Any objections to exhibits used in opening statements must be raised prior to opening statements. The Governments final witness and exhibit lists shall be emailed to Ms. Poley the day before trial. The Court encouraged the parties to admit exhibits by stipulation when possible. The Court will arrange a time the morning of trial to discuss the existence of a plea agreement with the defendant. The Government made an ORAL MOTION to dismiss Counts 1–3 and 8–10 of the Indictment. The Court GRANTED the motion as unopposed. The parties shall confer on the Government's revised Indictment. Regarding the parties' motions in limine relating to the defendant's bar proceedings, the Court will allow the Government to talk about the fact that there was a bar investigation/proceeding. The Court excluded testimony that Mr. Detling voluntarily gave up his license unless the door is opened by defense counsel. The Court ordered the |

| | | | |
|---|---|---|---|
| | | | Government to revise the Indictment to remove language that the defendant is not licensed and to confer with defense counsel as to other possible changes. The Court will not exclude the defendant's testimony, statements, and stipulations made during the bar proceedings based on the reasons raised during the conference. The Court made the following rulings on the Government's <u>110</u> Consolidated Motion in Limine: Motion 1 is DEFERRED; the Court has not excluded these statements on the basis Defendant requested. Motion 2 is DENIED IN PART AND DEFERRED; the Court will not prohibit all mentions of the medical condition but will limit the testimony; defense counsel shall provide their list of questions to the Government by the end of the day on Friday, October 15th. The parties shall notify the Court if there is disagreement. The Court will not allow the introduction of the medical records. Motions 3 and 4 are GRANTED unless the door is opened by Government's counsel, then the Court will revisit. Motion 5 was agreed upon except as it related to penalties; the Court will exclude penalty evidence. The Court confirmed that no further rulings were needed on the remainder of the Governments <u>110</u> motion. The Court DEFERRED until trial ruling on the Government's <u>113</u> Motion in Limine to Exclude Hearsay Testimony. The Court DEFERRED until trial ruling on Defendant's <u>106</u> Motion in Limine to Exclude Prior Settlements. The Court will address the remaining motions at the pretrial conference set for Tuesday, October 19th at 11:00 a.m. The parties are instructed to contact Ms. Poley if additional pretrial issues needing Court attention arise. The parties are directed to the transcript of the pretrial conference for additional details and deadlines. As for more details regarding the Courts rulings on evidentiary issues, the parties are directed to the transcript. Hearing not concluded. Court adjourned and will reconvene at 11:00 a.m. on October 19, 2021. (Court Reporter Montrell Vann) (rjc) (Entered: 10/20/2021) |
| 10/18/2021 | <u>136</u> | | Proposed Jury Instructions as to Chalmer Detling, II filed by USA (Sistla, Alex) (Entered: 10/18/2021) |
| 10/18/2021 | <u>137</u> | | Requests to Charge as to Chalmer Detling, II (Wade, Caitlyn) (Entered: 10/18/2021) |
| 10/19/2021 | <u>140</u> | | Minute Entry for proceedings held before Judge Leigh Martin May: Regarding defense counsel's proposed questions concerning the defendant's daughter's medical condition, the Court will allow questions 1, 2, and 4. Question 7 is allowed with the Court's modification. The Court GRANTED IN PART & DEFERRED IN PART the Governments Motion in Limine to Admit Summary Chart <u>114</u> . The Court will allow evidence as to the uncharged advances. The Court deferred its ruling on the admission of the Government's summary chart until trial. Regarding the Defendants Motion in Limine to Exclude 404(b) Evidence <u>114</u> and the Government's Notice to Introduce 404(b) Evidence <u>125</u> , the Government withdrew item 2 regarding Mr. Rahman. The Court will not allow evidence regarding the altered insurance coverage issue. The Court will allow evidence of Defendant's failure to inform clients about actions taken as it pertains to Mr. Ochoa but will exclude evidence regarding the settled case involving Mr. Lake. The Court will allow the overdraft notices related to the Georgia Bar investigation. Regarding the Defendants Motion in Limine to Exclude Prior Settlements <u>106</u> and the Governments motion to exclude evidence and testimonyregarding attempts at repayment (part of the Governments ConsolidatedMotions in Limine <u>110</u> ), the Court deferred its |

| | | |
|---|---|---|
| | | ruling. Defense counselrequested time to review before the expected evidence comes in on Monday.The parties will notify the Court if there is an issue.Regarding Defendants Motion in Limine to Exclude Firm Financing Loanfrom Capital Financing 107 , the Court observed that the Governmentagreed to parts of the motion in its Response. The Court will not excludeevidence regarding the $80k loans from Capital Financing.Defense counsel is directed to provide a limiting jury instruction regarding404(b) evidence. Defense will exchange with Government's counsel and provide by Friday, October 22nd. Defendants deadline for providing exhibit and witness lists is Monday, October 25th. The Court will have a brief hearing to address the existence of a plea agreement with the defendant on Thursday, October 22nd at 9:15 a.m. Regarding the parties' proposed voir dire questions, Defendant withdrew the objection to Government's question 22. The Court will allow 22 but 23 will only be asked as a follow–up if applicable. Government's questions 24–26 are repetitive of the Court's questions and are not allowed. Defense counsel were instructed to revise questions 2, 4, 12, 18, 20. Defendants question 31 is repetitive of the Courts question and is not allowed. The Court excluded Defendants question 34. Any COVID–related questions will be asked by the Court. If defense counsel wants to supplement the Court's questions regarding COVID, they are directed to exchange the proposed questions with Government's counsel and provide to the Court by noon on Wednesday, October 20th. As for more details regarding the Courts rulings on evidentiary issues, the parties are directed to the transcript. (Court Reporter Montrell Vann) (rjc) (Entered: 10/20/2021) |
| 10/20/2021 | 138 | Requests to Charge as to Chalmer Detling, II (Wade, Caitlyn) (Entered: 10/20/2021) |
| 10/20/2021 | 141 | ORDER: In response to the Court's discussion of proposed COVID voir dire questions during the last pretrial conference, defense counsel has notified the Court that they are requesting that the Court ask questions 35, 36, 37, 39, and a modified question similar to 40 from their requested instructions. The Court has reviewed these requested questions and will ask jurors question 37 along with the other COVID–related questions previously provided. The Court will also include aspects of modified question 40. Signed by Judge Leigh Martin May on 10/20/2021. (rjc) (Entered: 10/20/2021) |
| 10/21/2021 | | PRO SE ORAL MOTION to Dismiss based on Speedy Trial violations by Chalmer Detling, II. (cmd) (Entered: 10/25/2021) |
| 10/21/2021 | 143 | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial begun as to Chalmer Detling, II on 10/21/2021. Prior to voir dire, the Court had an ex parte hearing with defense counsel regarding Defendant's request to make a motion to dismiss prior to voir dire. The Court reconvened with Government's and Defendant's counsel. The Court heard Mr. Detling's pro se ORAL MOTION to Dismiss based on speedy trial violations. The Court ORALLY DENIED Defendant's Motion. The Court explained to Mr. Detling that he incorrectly asserted that the motion to strike surplusage in the indictment 29 was not addressed during the pretrial conference. The transcript of the pretrial conference should confirm that the Court orally GRANTED IN PART and DEFERRED IN PART the motion. The Court pointed Mr. Detling to the transcript of the pretrial conference as controlling over the minutes of the pretrial conference. The Court had a colloquy with Mr. Detling to confirm his |

| | | | |
|---|---|---|---|
| | | | awareness of the existence of a plea agreement. The jurors were brought in and voir dire was conducted. The Court struck jurors #6, #19, #28 for cause. The Court granted hardship excusals for jurors #43, #10, #13, #16, and #40 A jury was selected and sworn. The Court gave preliminary instructions to the jurors. Court adjourned and will reconvene at 9:00 AM on Friday, October 22, 2021. Jurors excused until the above time under the usual caution of the Court. (Court Reporter Montrell Vann) (cmd) (Entered: 10/25/2021) |
| 10/21/2021 | | | ORDER GRANTING IN PART and DEFERRING IN PART the 29 Motion to Strike as to Chalmer Detling II (1). Ruled on by Judge Leigh Martin May on 10/19/2021 during the 140 Pretrial Conference. (cmd) (Entered: 10/25/2021) |
| 10/22/2021 | 142 | | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM beginning October 25, 2021 as to Chalmer Detling, II. Signed by Judge Leigh Martin May on 10/22/2021. (bnp) (Entered: 10/22/2021) |
| 10/22/2021 | 144 | | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial as to Chalmer Detling, II held on 10/22/2021. Outside of the presence of the jurors, the Court notified counsel that juror #9 called out sick. The Court removed the juror from the trial. Jurors were brought in an and opening statements were heard. The Government's case began. The Government's exhibits 84–136, 303–335, 410–425, 430–432 were admitted. The Court gave the jurors a cautionary instruction on 404(b) evidence. Jenny Mittelman was sworn and testified. During a bench conference the Court suggested defense counsel consider a jury instruction related to the GA Bar investigation. Government's exhibits 340–345, 434–439, 348, 349, 368, 386, 350, 389 were admitted. Government's exhibits 365, 351, 379, 440 were admitted as modified. Defense cross–examined Ms. Mittelman. Brooks Neely was sworn and testified. Government's exhibit 233 was conditionally admitted. Defense cross–examined Mr. Nelly. Defendant's exhibit 14 was admitted. Michael Sean Kelley was sworn and testified. Government's exhibit 346 was admitted. The government moved to conditionally admit exhibit 42. Defense objected. The Court excused the jurors to address the issue with counsel. Defense counsel requested to question the Government's upcoming witness, Ms. Caballero, and to potentially call their own witness to rebut the evidence. The Court set the hearing for 8:30 a.m. Monday, October 25th and instructed defense counsel to provide the Government with the list of exhibits defense counsel intends to address with the witness. Defense counsel raised the Court's pretrial conference ruling regarding evidence as to former clients' financial harm and argued that the Government had opened the door on the issue. The Court did not change the ruling but contemplated adding a jury instruction to address the issue. Court adjourned and will reconvene at 8:30AM on Monday, October 25, 2021. Jurors excused until 9:00AM on Monday under the usual caution of the Court. (Exhibits retained to be forwarded to the Clerk's Office.) (Court Reporter Montrell Vann) (cmd) (Entered: 10/25/2021) |
| 10/25/2021 | 145 | | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial as to Chalmer Detling, II held on 10/25/2021. The Court heard from Defendant's and Government's counsel regarding Defendant's objection as to the admissibility of certain exhibits under Rule 803(6)(E) and Rule 901. The Court overruled the objections. Defendant's counsel renewed their Motion in Limine to Exclude Prior Settlements 106 . The jury entered and the Government's case continued. Holly Miller was sworn and testified. Defense |

counsel cross−examined Ms. Miller. Defendant's exhibit 6 & 16 were admitted. Government continued direct examination of Michael Sean Kelley (continued from 10/22/21). Government's exhibit 429 was admitted. Defendant's counsel cross−examined Mr. Kelley. William Guilford was sworn and testified. Government's exhibit 442 was admitted. Defense counsel cross−examined Mr. Guilford. Defendant's exhibit 7 was admitted. Caitlin Wade Caballero was sworn and testified. Government's exhibits, 44−47, 79, 80, 81, 83, 38, 40, 42, 43 were admitted. The jurors were excused for lunch. The Court informed counsel that the government had opened the door on the defendant's motion in limine as to financial harm. The Court suggested adding a jury instruction to address the issue. The jurors returned from lunch and Ms. Caballero's testimony continued. Government's exhibits 1, 3, 4, 5, 32−35, 72, 74, 75, 76, 7, 8, 9, 12, 50, 51, 54, 428, 57, 60, 62, 63, 427, 67, 68, 69, 70, 39, 2, 347, 11, 31, 37, 49, 61, 64, 71, 78, 14−18, 21, 23−26, 28 were admitted. Defense counsel cross−examined Ms. Caballero Amie Ingram was sworn and testified. Jurors were excused for the day. The Court heard from the parties regarding Defendant's objections to emails the Government intended to admit during Josh Schwadron's testimony. The Court directed counsel to confer and narrow the issue. Court adjourned and will reconvene at 9:15 AM on Tuesday, October 26, 2021. (Exhibits retained to be forwarded to the Clerk's Office.) (Court Reporter Montrell Vann) (cmd) (Entered: 10/27/2021)

| | | | |
|---|---|---|---|
| 10/26/2021 | 146 | | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial as to Chalmer Detling, II held on 10/26/2021. The Government's case continued. Government continued direct examination of Amie Ingram (continued from 10/25/21). Government's exhibits 277, 282, & 441 were admitted for limited purposes. During a bench conference, Defendant's counsel requested a curative jury instruction related to hearsay. Defendant's counsel cross−examined Ms. Ingram. Defendant's exhibits 18 & 19 were admitted. The jurors were excused for lunch. The Court heard from the parties on Defendant's objections to various exhibits. The Court did not exclude Government's exhibits 286 or 288. The Court modified Government's exhibit 400 to allow only the last page. The Court did not allow the Government to admit portions of the transcript of Ms. Ingram's testimony before the GA Bar. The Court did not exclude Government's exhibit 403. The jury entered and the Government began re−direct of Ms. Ingram followed by Defendant's counsel's re−cross. Josh Schwadron was sworn and testified. Government's exhibits 138−149, 150−161, 162−178, 179−200, 201−221, 222−262, 263−270, 271−284, 286−288, 336−339, 400 (as modified), 406, & 441 were admitted as business records. Jurors were excused for the day. The Court reminded counsel to confer as to the redacted Indictment and to draft and exchange proposed limiting jury instructions. Government's counsel agreed with defense counsel's request for the Court to charge the jury prior to closing arguments. The Court will hear the parties' arguments on the Government's summary chart on Wednesday. Court adjourned and will reconvene at 9:00 AM on Wednesday, October 27, 2021. (Exhibits retained to be forwarded to the Clerk's Office.) (Court Reporter Montrell Vann) (cmd) (Entered: 10/27/2021) |
| 10/27/2021 | 149 | | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial as to Chalmer Detling, II held on 10/27/2021. Government's case continued with the direct examination of Josh Schwadron. Defendant's counsel cross examined Mr. Schwadron. Amie Ingram was recalled by the Government and |

| | | | |
|---|---|---|---|
| | | | testified. Defendant's counsel cross–examined Ms. Ingram. Defendant's exhibit 4 was admitted. Kim Post was sworn and testified. Defendant's counsel cross–examined Ms. Post. Defendant's exhibit 5 was admitted. Hugh Brammer was sworn and testified. Defendant's counsel cross–examined Mr. Brammer. Outside the presence of the jury, Governments counsel argued that Defendant had opened the door regarding altered documents. The Court disagreed and denied the request. Doug McMaster was sworn and testified. Defendant's counsel cross–examined Mr. McMaster. Ben Copeland was sworn and testified. Government's exhibit 407 was admitted as modified. Defendant's counsel cross–examined Mr. Copeland. Defendant's exhibit 21 was admitted. Luther Warrick was sworn and testified. The jury was excused for the day. The Court heard from the parties' regarding Government's Motion in Limine to Admit Summary Chart 114 . The Court GRANTED the Motion and will conditionally admit the summary chart with the agreed modifications. The Court directed Government's counsel to provide a proposed limiting instruction regarding the summary chart. Court adjourned and will reconvene at 9:00 AM on Thursday, October 28, 2021. Jurors excused until the above time under the usual caution of the Court. (Exhibits retained to be forwarded to the Clerk's Office.) (Court Reporter Montrell Vann) (cmd) (Entered: 10/29/2021) |
| 10/28/2021 | | | Documents 147–148 are sealed. (jpa) (Entered: 10/28/2021) |
| 10/28/2021 | 156 | | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial as to Chalmer Detling, II held on 10/28/2021. Government's case continued with direct examination of Luther Warrick. Defendant's counsel cross–examined Mr. Warrick. Defendant's exhibit 2 was admitted. Kellin Jett was sworn and testified. Defendant's counsel cross–examined Mr. Jett. Defendant's exhibit 25 was admitted. Brandi Pajot was sworn and testified. Outside the presence of the jury, the Court heard from counsel on Defendant's intent to use certain documents for impeachment. Defendant's counsel cross–examined Ms. Pajot. Dr. Howard Golden was sworn and testified. Defendant's counsel cross–examined Dr. Golden. On redirect, Defendant's exhibit 24 was admitted on Government's motion. Mackenzie Cole was sworn and testified. Government's exhibits 391, 392, 388, 381, and 382 were admitted. The jury was excused for the day. Charge conference held.(Exhibits retained to be forwarded to the Clerks Office.) (Court Reporter Montrell Vann) (bnp) (Entered: 11/03/2021) |
| 10/29/2021 | | | ORAL MOTION for Judgment of Acquittal by Chalmer Detling, II. (bnp) (Entered: 11/03/2021) |
| 10/29/2021 | 157 | | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial as to Chalmer Detling, II held on 10/29/2021. The Court heard from counsel on the proposed jury instructions. The jurors entered and the Government's case continued with direct examination of Mackenzie Cole. Defendant's counsel cross–examined Ms. Cole. Defendant's exhibit 28 was admitted. Outside the presence of the jury, the Government requested a curative instruction regarding a question on cross and moved to exclude certain statements from Defendant's closing argument. Defendant's counsel did not object to the closing argument request. The Court instructed the jurors as to the question heard during cross–examination. On Defendant's counsel's re–cross, Government's exhibit 444 was admitted. Shane Matthew Lake was sworn and testified. Defendant's counsel cross–examined Mr. Lake. Amy Alexis Antime was sworn and |

| | | | |
|---|---|---|---|
| | | | testified. Defendant's counsel cross−examined Ms. Antime. Vanji Mercer was sworn and testified. Defendant's counsel cross−examined Ms. Mercer. Robert Vickers was sworn and testified. Government's exhibits 393, 394, 290, 291, 293−300, 302, 405 were admitted. Antoinette Ferrari was sworn and testified. Government's exhibit 445 was admitted. Defendant's counsel cross−examined Ms. Ferrari. Government rested. Outside the presence of the jury, Defendant made a Rule 29 motion as to all counts. The Court advised the defendant of his right not to testify. Jurors returned and the Court read the parties' stipulation regarding financial harm. Defendant's case began. Amie Ingram was recalled. Defendant's exhibit 32 was admitted. Government's counsel cross−examined Ms. Ingram. Marianne Detling was sworn and testified. Defendant rested. Jurors were excused for the day. The Court heard Defendant's counsel's proffer regarding Defendant's exhibit 11 (not admitted). The Court heard from the parties on Defendant's Rule 29 motion and DENIED the motion. Charge conference held.(Exhibits retained to be forwarded to the Clerks Office.); (Court Reporter Montrell Vann) (bnp) (Entered: 11/03/2021) |
| 10/30/2021 | 150 | | Requests to Charge as to Chalmer Detling, II (Wade, Caitlyn) (Entered: 10/30/2021) |
| 10/30/2021 | 151 | | Requests to Charge as to Chalmer Detling, II (Wade, Caitlyn) (Entered: 10/30/2021) |
| 10/31/2021 | 152 | | Requests to Charge as to Chalmer Detling, II filed by USA (Kaushal, Samir) (Entered: 10/31/2021) |
| 11/01/2021 | 153 | | Jury Instructions as to Chalmer Detling, II (bnp) (Entered: 11/02/2021) |
| 11/01/2021 | 154 | | JURY VERDICT as to Chalmer Detling II (1) Guilty on Count 4s−7s,11s−15s. (bnp) (Entered: 11/02/2021) |
| 11/01/2021 | | | ORAL MOTION for Detention by USA as to Chalmer Detling, II. (bnp) (Entered: 11/03/2021) |
| 11/01/2021 | 158 | | Minute Entry for proceedings held before Judge Leigh Martin May: Jury Trial as to Chalmer Detling, II held on 11/1/2021. Charge conference held. Jury charged. Closing arguments were heard. Deliberations began. The jury reached a verdict and found Defendant guilty on counts 4−7 and 11−15 of the Superseding Indictment. Defendant requested the jury be polled. The Clerk polled the jury. Sentencing is set for Monday, January 31, 2022, at 1:30 p.m. The Court requires sentencing memorandum and any other information that a party wants the Court to consider in connection with the sentencing be submitted to the Court and served on opposing counsel 5 business days before the sentencing hearing. Detention hearing held. Government's counsel made an ORAL Motion for Detention. The Court DENIED the motion and modified Defendant's bond to add curfew and location monitoring conditions.(Exhibits retained to be forwarded to the Clerks Office.). (Court Reporter Montrell Vann) (bnp) (Entered: 11/03/2021) |
| 11/01/2021 | 159 | | NOTICE OF SENTENCING Set as to Chalmer Detling, II. Sentencing set for 1/31/2022 at 01:30 PM in ATLA Courtroom 2107 before Judge Leigh Martin May. (bnp) (Entered: 11/03/2021) |
| 11/02/2021 | 155 | | ORDER: The Court modifies the Magistrate Judge's Order Setting Conditions of Release 14 and the Magistrate Judge's Order Modifying Conditions of |

| | | | |
|---|---|---|---|
| | | | Release 23 to include CURFEW and LOCATION MONITORING. The defendant, Chalmer Detling, II, shall be restricted to his residence as directed by the pretrial services office or supervising officer. Mr. Detling shall submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. The defendant must pay all or part of the cost of the program based on his ability to pay as determined by the pretrial services office or supervising officer. All other previous bond conditions shall remain in effect. Signed by Judge Leigh Martin May on 11/1/2021. (rjc) (Entered: 11/02/2021) |
| 11/10/2021 | 160 | | MOTION for Extension of Time to File Motion for New Trial by Chalmer Detling, II. (Hashimi, Suzanne) (Entered: 11/10/2021) |
| 11/10/2021 | 161 | | ORDER as to Chalmer Detling II (1). The 160 Motion for Extension of Time is GRANTED. Defendant's Motion for New Trial shall be due fourteen days after the requested parts of the trial transcript are prepared. Signed by Judge Leigh Martin May on 11/10/2021. (tcc) (Entered: 11/10/2021) |
| 11/22/2021 | 162 | | Unopposed MOTION to Travel outside Jurisdiction November 24, 2021 to November 26, 2021 with Brief In Support by Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Wade, Caitlyn) (Entered: 11/22/2021) |
| 11/22/2021 | 163 | | ORDER granting 162 Motion to Travel outside Jurisdiction as to Chalmer Detling II (1). Signed by Judge Leigh Martin May on 11/22/2021. (bnp) (Entered: 11/22/2021) |
| 12/03/2021 | 164 | | TRANSCRIPT of Jury Trial Government Opening Statements Proceedings as to Chalmer Detling, II held on 10/21/2021, before Judge Leigh Martin May. Court Reporter Montrell Vann. Transcript can be purchased through the Court Reporter at Montrell_Vann@gand.uscourts.gov. Redaction Request due 12/27/2021. Redacted Transcript Deadline set for 1/3/2022. Release of Transcript Restriction set for 3/3/2022. (Attachments: # 1 Appendix Notice of Filing of Transcript) (mv) (Entered: 12/03/2021) |
| 12/03/2021 | 165 | | TRANSCRIPT of Jury Trial Closing Arguments Proceedings as to Chalmer Detling, II held on 11/1/2021, before Judge Leigh Martin May. Court Reporter Montrell Vann. Transcript can be purchased through the Court Reporter at Montrell_Vann@gand.uscourts.gov. Redaction Request due 12/27/2021. Redacted Transcript Deadline set for 1/3/2022. Release of Transcript Restriction set for 3/3/2022. (Attachments: # 1 Appendix Notice of Filing of Transcript) (mv) (Entered: 12/03/2021) |
| 12/03/2021 | 166 | | TRANSCRIPT of Jury Trial Jury Charge Conference Proceedings as to Chalmer Detling, II held on 10/28/2021, before Judge Leigh Martin May. Court Reporter Montrell Vann. Transcript can be purchased through the Court Reporter at Montrell_Vann@gand.uscourts.gov. Redaction Request due 12/27/2021. Redacted Transcript Deadline set for 1/3/2022. Release of Transcript Restriction set for 3/3/2022. (Attachments: # 1 Appendix Notice of Filing of Transcript) (mv) (Entered: 12/03/2021) |
| 12/03/2021 | 167 | | TRANSCRIPT of Jury Trial Jury Charge Conference Proceedings as to Chalmer Detling, II held on 11/1/2021, before Judge Leigh Martin May. Court Reporter Montrell Vann. Transcript can be purchased through the Court Reporter at Montrell_Vann@gand.uscourts.gov. Request due 12/27/2021. |

| | | | |
|---|---|---|---|
| | | | Redacted Transcript Deadline set for 1/3/2022. Release of Transcript Restriction set for 3/3/2022. (Attachments: # 1 Appendix Notice of Filing of Transcript) (mv) (Entered: 12/03/2021) |
| 12/03/2021 | 168 | | TRANSCRIPT of Pretrial Conference Proceedings as to Chalmer Detling, II held on 10/13/2021, before Judge Leigh Martin May. Court Reporter Montrell Vann. Transcript can be purchased through the Court Reporter at Montrell_Vann@gand.uscourts.gov. Redaction Request due 12/27/2021. Redacted Transcript Deadline set for 1/3/2022. Release of Transcript Restriction set for 3/3/2022. (Attachments: # 1 Appendix Notice of Filing of Transcript) (mv) (Entered: 12/03/2021) |
| 12/03/2021 | 169 | | TRANSCRIPT of Pretrial Conference Proceedings as to Chalmer Detling, II held on 10/19/2021, before Judge Leigh Martin May. Court Reporter Montrell Vann. Transcript can be purchased through the Court Reporter at Montrell_Vann@gand.uscourts.gov. Redaction Request due 12/27/2021. Redacted Transcript Deadline set for 1/3/2022. Release of Transcript Restriction set for 3/3/2022. (Attachments: # 1 Appendix Notice of Filing of Transcript) (mv) (Entered: 12/03/2021) |
| 12/07/2021 | 170 | | MOTION for New Trial with Brief In Support by Chalmer Detling, II. (Attachments: # 1 Exhibit Attachment A) (Wade, Caitlyn) (Entered: 12/07/2021) |
| 12/14/2021 | 173 | | MOTION for Extension of Time Time to File Government's Response with Brief In Supportby USA as to Chalmer Detling, II. (Attachments: # 1 Text of Proposed Order) (Sistla, Alex) (Entered: 12/14/2021) |
| 12/14/2021 | 174 | | ORDER granting 173 Unopposed Motion for an Extension to File Response to Defendant's Motion for New Trial. The Government's response is due no later than Tuesday, January 4, 2022. Signed by Judge Leigh Martin May on 12/14/2021. (bnp) (Entered: 12/14/2021) |
| 01/04/2022 | 177 | | RESPONSE in Opposition as to Chalmer Detling, II filed by USA re 170 MOTION for New Trial (Sistla, Alex) (Entered: 01/04/2022) |
| 01/18/2022 | 178 | | REPLY TO RESPONSE to Motion as to Chalmer Detling, II filed by Chalmer Detling, II re: 170 MOTION for New Trial (Wade, Caitlyn) (Entered: 01/18/2022) |
| 01/24/2022 | | | Submission of 170 MOTION for New Trial as to Chalmer Detling, II to District Judge Leigh Martin May. (bnp) (Entered: 01/24/2022) |
| 01/25/2022 | | | NOTICE OF CANCELLATION of Hearing as to Chalmer Detling, II. The Sentencing set for 1/31/2022 at 01:30 PM is cancelled. **New date to be determined.** (bnp) (Entered: 01/25/2022) |
| 01/25/2022 | | | NOTICE OF SENTENCING Reset as to Chalmer Detling, II. Sentencing set for 2/10/2022 at 02:00 PM in ATLA Courtroom 2107 before Judge Leigh Martin May. (bnp) (Entered: 01/25/2022) |
| 02/03/2022 | 180 | | Sentencing Memorandum as to Chalmer Detling, II filed by USA (Attachments: # 1 Exhibit Govt Sent. Ex. A–0)(Sistla, Alex) (Entered: 02/03/2022) |
| 02/03/2022 | | | Document 179 is sealed. (bgt) (Entered: 02/07/2022) |

| 02/04/2022 | 181 | | ORDER denying Defendant's 170 Motion for New Trial as to Chalmer Detling II (1). Signed by Judge Leigh Martin May on 2/4/2022. (bgt) (Entered: 02/04/2022) |
|---|---|---|---|
| 02/10/2022 | 182 | | Minute Entry for proceedings held before Judge Leigh Martin May: Sentencing hearing held as to Chalmer Detling, II. The Court adopted the Presentence Report and made it the findings of the Court, subject to the Court overruling Defendant's objections to the victim enhancement and the role enhancement. Defendant's counsel raised an additional objection as to the application notes expanding the definition of victim. The Government objected to Defendant's objection as untimely. The Court overruled the objection. The Court heard from Government's and Defendant's counsel. Government's exhibits 1 and 2 admitted. The Court pronounced the sentence as a total of 70 months CBOP, 3 years supervised release, no fine, a special assessment of $900, and restitution in the amount of $254,837.89. The Court allowed the Defendant to voluntarily surrender. The Court inquired about objections to the sentence. Government's counsel objected on substantive reasonableness grounds. Defendant's counsel maintained the objections to the guidelines and objected to the search condition of Defendant's supervised release. The Court advised Defendant of his right to appeal his sentence. (Exhibits retained to be forwarded to the Clerk's Office.) (Court Reporter Montrell Vann) (cmd) (Entered: 02/11/2022) |
| 02/11/2022 | 183 | | JUDGMENT AND COMMITMENT as to Chalmer Detling, II (1), Counts 1–7, 1s–3s, 8–15, 8s–10s, DISMISSED PURSUANT TO STANDING ORDER 07–04; Counts 4s–7s and 11s–15s, CBOP 46 MONTHS as to Counts Four, Five, Six, and Seven with all counts to run concurrent to each other, and 24 MONTHS as to Counts Eleven, Twelve, Thirteen, Fourteen, and Fifteen, to be served concurrent with each other and consecutive to Counts Four through Seven, for a total sentence of SEVENTY (70) MONTHS; SUPERVISED RELEASE 3 YEARS as to Counts Four through Seven, to run concurrently with each other, and 1 YEAR as to Counts Eleven through Fifteen, to run concurrently with each other, with all counts to run concurrently for a total term of THREE (3) YEARS; $900 total Special Assessment; $185,837.89 in Restitution to Mighty Group, Inc and $69,000.00 in Restitution to Capital Financing, to be paid in full immediately. The Court recommends that the defendant be incarcerated at a facility as close as possible to Montgomery, Alabama in order to be close to his family. The defendant shall voluntarily surrender to the United States Marshal for this district or report to the designated facility for service of sentence as directed by the United States Marshal. Signed by Judge Leigh Martin May on 2/11/2022. ––Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist–– (cmd) (Entered: 02/11/2022) |
| 02/11/2022 | 184 | | Government's EXHIBITS admitted and retained at the 182 Sentencing as to Chalmer Detling, II have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit GE #1, # 2 Exhibit GE #2)(ceo) (Entered: 02/11/2022) |
| 02/11/2022 | 185 | | NOTICE TO COUNSEL OF RECORD regarding RECLAMATION AND DISPOSITION OF UNCLAIMED Documentary EXHIBITS pursuant to Local Rule 79.1D. Re: 184 Exhibits. (ceo) (Entered: 02/11/2022) |
| 02/25/2022 | 186 | | NOTICE OF APPEAL as to Chalmer Detling, II re 183 Judgment and |

| | | | |
|---|---|---|---|
| | | | Commitment,,,,,. Transcript Order Form due on 3/11/2022 (Hashimi, Suzanne) (Entered: 02/25/2022) |
| 02/25/2022 | | | Request For Presentence Investigation Report as to Chalmer Detling, II re: 186 Notice of Appeal filed on 2/25/22. (pjm) (Entered: 02/25/2022) |
| 02/25/2022 | 187 | | USCA Appeal Transmission Letter as to Chalmer Detling, II to 11th Circuit re: 186 Notice of Appeal filed by Chalmer Detling, II. (pjm) (Entered: 02/25/2022) |

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 1 0 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        CASE NO. 1:18-CR-309

CHALMER DETLING, II,

        Defendant.

## ORDER APPOINTING COUNSEL

Molly Parmer

The above-named defendant has testified under oath or has filed with the Court

an affidavit of financial status and hereby satisfied this Court that he or she is financially

unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed

to represent this defendant in the above-captioned case unless relieved by an Order of

this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 10th day of August, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*versus*

CHALMER DETLING, II

Criminal Action No.:
1:18-CR-00309-LMM-LTW

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Suzanne Hashimi of the Federal Defender Program, Inc., and hereby enters her appearance as counsel for the Defendant, Chalmer Detling, II.    Undersigned counsel replaces Molly Hiland Parmer as counsel of record for Mr. Detling.

All pleadings, orders, and notices should be sent to undersigned counsel.

Dated:    This 22nd day of October, 2019.

Respectfully Submitted,

 */s/ Suzanne Hashimi*
SUZANNE HASHIMI
GEORGIA BAR NO. 335616

MOLLY HILAND PARMER
GEORGIA BAR NO. 942501
ATTORNEYS FOR MR. DETLING

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Substitution of Counsel has

been formatted in Book Antiqua 13 pt., in accordance with Local Rule 5.1B, and

was electronically filed this day with the Clerk of Court using the CM/ECF

system which will automatically send email notification of such filing to the

following counsel of record:

> Alex Sistla and John Ghose
> Assistant United States Attorneys
> Suite 600, Richard B. Russell Building
> 75 Ted Turner Drive, S.W.
> Atlanta, Georgia 30303

Dated:   This 22nd day of October, 2019.

> _/s/ Suzanne Hashimi_
> SUZANNE HASHIMI
> GEORGIA BAR NO. 335616
> ATTORNEY FOR MR. DETLING

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax: 404-688-0768
Suzanne_Hashimi@fd.org

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number:   1:18-CR-309-LMM-LTW |
|  | USM Number:  71805-019 |
| CHALMER DETLING, II | |
|  | <u>Caitlyn Virginia Wade</u> |
|  | <small>Defendant's Attorney</small> |

**THE DEFENDANT:**

The defendant was found guilty on counts 4s-7s and 11s-15s of the First Superseding Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | FRAUD BY WIRE, RADIO, OR TELEVISION | April 1, 2015 | 4s |
| 18 U.S.C. § 1343 | FRAUD BY WIRE, RADIO, OR TELEVISION | April 30, 2015 | 5s |
| 18 U.S.C. § 1343 | FRAUD BY WIRE, RADIO, OR TELEVISION | October 21, 2015 | 6s |
| 18 U.S.C. § 1343 | FRAUD BY WIRE, RADIO, OR TELEVISION | November 4, 2015 | 7s |
| 18 U.S.C. § 1028A(a)(1) | AGGRAVATED IDENTITY THEFT | March 30, 2015 | 11s |
| 18 U.S.C. § 1028A(a)(1) | AGGRAVATED IDENTITY THEFT | March 31, 2015 | 12s |
| 18 U.S.C. § 1028A(a)(1) | AGGRAVATED IDENTITY THEFT | April 17, 2015 | 13s |
| 18 U.S.C. § 1028A(a)(1) | AGGRAVATED IDENTITY THEFT | October 20, 2015 | 14s |

29

DEFENDANT: CHALMER DETLING, II
CASE NUMBER: 1:18-CR-309-LMM-LTW-1                                 Judgment -- Page **2** of **7**

| 18 U.S.C. § 1028A(a)(1) | AGGRAVATED IDENTITY THEFT | November 3, 2015 | 15s |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining counts are dismissed pursuant to Standing Order 07-04.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

February 10, 2022
Date of Imposition of Judgment

Signature of Judge

LEIGH MARTIN MAY, U. S. DISTRICT JUDGE
Name and Title of Judge

February 11, 2022
Date

30

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 46 MONTHS as to Counts Four, Five, Six, and Seven, with all counts to run concurrent to each other, and 24 MONTHS as to Counts Eleven, Twelve, Thirteen, Fourteen, and Fifteen, to be served concurrent with each other and consecutive to Counts Four through Seven, for a total sentence of **SEVENTY (70) MONTHS**.

The Court recommends that the defendant be incarcerated at a facility as close as possible to Montgomery, Alabama in order to be close to his family.

The defendant shall voluntarily surrender to the United States Marshal for this district or report to the designated facility for service of sentence as directed by the United States Marshal

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHALMER DETLING, II
CASE NUMBER: 1:18-CR-309-LMM-LTW-1

Judgment -- Page **4** of **7**

Judgment in a Criminal Case
Sheet 3 -- Supervised Release

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of 3 YEARS as to Counts Four through Seven, to run concurrently with each other, and 1 YEAR as to Counts Eleven through Fifteen, to run concurrently with each other, with all counts to run concurrently for a total term of **THREE** (**3**) **YEARS**.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. Restitution payments must be made to Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303.
5. You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: CHALMER DETLING, II
CASE NUMBER: 1:18-CR-309-LMM-LTW-1                                    Judgment -- Page **5** of **7**

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature _____ Date _____

USPO's Signature _____ Date _____

DEFENDANT: CHALMER DETLING, II
CASE NUMBER: 1:18-CR-309-LMM-LTW-1

Judgment -- Page **6** of **7**

## SPECIAL CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following special conditions of supervision.

You must make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must provide the probation officer with full and complete access to any requested financial information and authorize the release of any financial information. The probation office may share the financial information with the United States Attorney's Office.

You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and that areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision.

DEFENDANT: CHALMER DETLING, II
CASE NUMBER: 1:18-CR-309-LMM-LTW-1

Judgment -- Page **7** of **7**

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The defendant shall pay to the United States a special assessment of $900 which shall be due immediately.

<u>Special Assessment</u>

TOTAL      $900.00

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court waives the fine and cost of incarceration in this case.

<u>Fine</u>

TOTAL      $0

<u>Restitution</u>

TOTAL      $254,837.89

The defendant must make restitution in the amount of $254,837.89. Restitution shall be paid to the United States District Court Clerk for distribution to:

| <u>Name of Payee</u> | <u>Restitution Ordered</u> |
|---|---|
| Mighty Group, Inc.<br>43 West 24th Street, Sixth Floor<br>New York, New York 10010 | $185,837.89 |
| Capital Financing<br>316 Greyhaven Lane<br>Marietta, GA 30068 | $69,000.00 |
| TOTALS | <u>$254,837.89</u> |

Restitution shall be paid in full immediately.

Payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made payable to the Clerk, U.S. District Court, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. Any balance that remains unpaid at the commencement of the term of supervision shall commence within 60 days after release from imprisonment on the following terms: payable at a rate of no less than $250 monthly to U.S. District Court Clerk. You must notify the Court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA  )
                                 )      CRIMINAL ACTION NO.
      vs.               )      1:18-CR-00309-LMM-LTW-1
                                 )
CHALMER DETLING, II       )
_____)

## NOTICE OF APPEAL

Notice is hereby given that defendant, CHALMER DETLING, II, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 11th day of February 2022.

Dated: This 25th day of February, 2022.

Respectfully submitted,

*/s/ Suzanne Hashimi*
Suzanne Hashimi
Georgia Bar No. 335616

*/s/ Caitlyn Wade*
Caitlyn Wade
Georgia Bar No. 259114

Attorney for Chalmer Detling, II

Federal Defender Program, Inc.
101 Marietta Street, N.W., Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; (404) 688-0768 fax
Suzanne_Hashimi@fd.org
Caitlyn_Wade@fd.org