

*Michael Yeager*
*U.S. Marshal*

*U.S. Department of Justice*
*United States Marshals Service*
*75 Ted Turner Drive S.W. Suite 1600*
*Atlanta, GA 30303*
APRIL 19, 2022

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 19 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Mr. CHALMERE DETLING II
USMS# 71805-019
Case# 1:18-CR-309-LMM-LTW

Dear: Mr. DETLING II

    Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | **FPC MONTGOMERY** <br> **Maxwell Air Force Base** <br> **Montgomery, AL 36112** |
| TELEPHONE NO. | (334) 293-2100 |
| REPORT DATE: | **12:00 Noon, MAY 11, 2022** |

Any further inquiries should be directed to the institution at the telephone number listed above.

                                         Respectfully,

                                         MICHAEL YEAGER
                                         UNITED STATES MARSHAL

                                         RONNIE D VIRDEN
                                         CRIMINAL SECTIONS