IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*versus*<br><br>CHALMER DETLING, II | Criminal Action No.:<br>1:18-CR-00309-LMM-LTW-1 |

## RESPONSE TO MOTION FOR ORDER OF SUBSTITUTION ALLOWING DEFENDANT TO FILE PRO SE MOTION OR IN THE ALTERNATIVE TO PROCEED PRO SE

Undersigned counsel for Chalmer Detling, II, files this response to the Court's Order on Mr. Detling's pro se Motion for Order of Substitution Allowing Defendant to File Pro Se Motion or in the Alternative to Proceed Pro Se.

(1)

Undersigned counsel can confirm that Mr. Detling complied with LCrR 57.1(D)(3) by notifying us of his intention to file the above referenced motion.

(2)

Mr. Detling's request is clearly laid out within his motion.  As Mr. Detling's current counsel, we ask that this Court grant him the relief he seeks or any alternative relief the Court deems appropriate such as appointment of alternative counsel for the referenced Motion for Appeal Bond and/or his pending appeal.

Dated: This 6th day of May, 2022.

                                        Respectfully Submitted,

                                        *s/ Suzanne Hashimi*
                                        Suzanne Hashimi
                                        State Bar No. 335616

                                        */s/ Caitlyn Wade*
                                        Caitlyn Wade
                                        Georgia Bar No. 259114

                                        Attorneys for Mr. Detling